### Rule 26(a)(2)(B) Report of Dr. Sheau-Dong Lang

Name of Expert:        Dr. Sheau-Dong Lang

I, Dr. Sheau-Dong Lang, have been retained by Applied Concepts Unleashed Inc., the plaintiff in this case, as an computer forensic expert and testifying expert witness.  This is my written report as required by Rule 26(a)(2)(B), FRCP, prepared and signed by me.  I am being compensated for my work in this case at a flat fee of $3,500 but an hourly rate to testify at $250 per hour.

I have been asked by Applied Concepts to render an opinion whether files were deleted from a Gateway desktop computer, an Asus laptop computer, and a Toshiba external hard drive prior to Mr. Steven Matthews and/or Matthews Yacht Design, LLC [collectively Matthews] declared bankruptcy on October 29, 2012, along with an image of a laptop computer used by Stephen Matthews after his bankruptcy filing which has been supplied by F&S Boatworks.  I have also been asked to render an opinion of whether the same USB devices were mounted on both Applied Concepts' computer and the Gateway computer, and whether that could have resulted in Applied Concepts' files being transferred to the Gateway computer.

I.     **Qualifications:**

   A.     **Professional Overview:**

   I am a practising college professor with extensive experience in forensic examination of computers.

   I am the Program Coordinator for the Masters' program in Digital Forensics, University of Central Florida, for the last seven years, from 2008 to the present time.

   I am also the Program Coordinator for the Graduate Certificate in Computer Forensics, University of Central Florida, for the past thirteen years from 2001 to the present time.

   I am an Associate Professor in the Department of Electrical Engineering and Computer Science, University of Central Florida, for the past 24 years, from 1990 – present.

   Previously, I was the Director of Information Technology Program, School of Computer Science, University of Central Florida, for three years, from 2003 to 2006.

   I also served as an Assistant Professor/Lecturer, Department of Computer Science, University of Central Florida for nine years, from 1981 to 1990.

   Before coming to central Florida, I served as an Assistant Professor, Department of Mathematics & Computer Science, Goucher College, Md., for two years from 1979 to 1981.

**B.**   **Educational Background:**

I have a Bachelor of Science degree in Mathematics, National Taiwan University, 1971. I earned a Masters' degree in Computer Science, from the Pennsylvania State University, 1981.  My Ph.D. in Mathematics was earned from Pennsylvania State University in 1979.

**C.**   **Computer Forensic Teaching Experience:**

I have been teaching a graduate-level course "Computer Forensics II" at the University of Central Florida (UCF) since 2001, and also a graduate-level course "Computer Forensics I" since 2006, both on a regular basis.

The Computer Forensics I class covers the following topics: Legal issues regarding seizure and chain of custody; technical issues in acquiring computer evidence; file systems; and reporting issues in the legal system.  In the class I have created many disk images over the years that contained evidence related to hypothetical computer crimes, and assigned them to the students for examinations.

The Computer Forensics II class covers the following topics: computer network protocols and security models, cryptography, network intrusion detection and prevention, digital evidence collection and legal issues involved in network forensics, wireless security and forensics.

I also have taught a graduate-level course "Incident Response Technologies" in 2012 and 2013.  The Incident Response Technologies class covers the following topics: security incidents and intrusions; identifying and categorizing incidents, responding to incidents, log analysis, network traffic analysis, and tools.

In the above classes I covered the use of several digital forensics tools, including open-source/free tools, or evaluation versions of commercial tools, for students to learn how to conduct forensic examinations.  I also covered how to write examination reports.

Additionally, I have taught courses at both undergraduate-level and graduate-level in the subjects of design and analysis of algorithms, operating systems, databases, numerical analysis.

**D.**   **Professional Memberships and Training:**

I attended several computer forensics training classes and workshops offered by NW3C (National White Collar Crime Center) and HTCIA (High Technology Crime Investigation Association), in early 2000s.  I attended the 2010 Basic Computer Forensics Examiner training sponsored by the IACIS (International Association for Computer Investigative Specialists).  I am an associate member of IACIS and hold the CFCE (Certified Forensic Computer Examiner) certification offered through IACIS.  IACIS is an accredited certifying body by the Forensic Specialties Accreditation Board.

I have been working as a volunteer to Orange County Sheriff's Office, Digital Forensics Unit, of Florida since 2006.  My main duties at the Sheriff's office include: participation in the execution of search warrants when computers/digital devices are expected; assistance in pre-exams of computer hard disks at the DFU; and peer reviews of examination reports done by DFU's digital forensics examiners. However, I do not personally conduct computer examinations at the DFU.

**E.      Professional Synergistic Activities:**

I was a planetary speaker at the 2013 Digital Forensics Curriculum Standards (DFCS) Workshop at the University of Illinois at Urbana Champaign, May 21, 2013.

I served as Co-Chair of the Second Workshop on Cybercrime and Computer Forensics (WCCF), 2009 IEEE international annual Conference on Intelligence and Security Informatics.

I served as Co-Chair of First Workshop on Cybercrime and Computer Forensics (PACCF), 2008 IEEE international annual Conference on Intelligence and Security Informatics Program Committee, Data Mining and Knowledge Discovery, AeroSense1999, April 2000.

I was the Chairman of the IEEE Computer Society, Orlando Section Computer Chapter, from 1991-1992

I was the Faculty Advisor of the IEEE Computer Society, UCF Computer Society Student Branch, 1990-1993.

**F.      Publications on Computer Forensics:**

I have extensive publications, as author or co-author on a number of topics relating to computer forensics and computer science as follows:

(2014)

    Lang, Sheau-Dong, "Media and File System Forensics" Book chapter, of Digital Forensics Certification, edited by Peter Stephenson, to be published by (ISC)2 CCFP CBK (Certified Cyber Forensics Professional, Common Body of Knowledge)

(2010)

    Li, Shuxin. and Lang, Sheau-Dong, "An Partition Based Method for Finding Highly Correlated Pairs," International Journal of Data Mining, Modelling and Management (IJDMMM), Vol. 2, No. 4, 2010, pp. 334 - 350

(2009)

Lang, Sheau-Dong and Alladin, Nazir, "Computer Forensics: Tools and Practices for the Caribbean" Book chapter, of "A Crime Solving Toolkit" edited by Reid, Basil A., UWI Press, 2009.

Lee, Robert, Lang, Sheau-Dong, and Stenger, Kevin: "From digital forensic report to Bayesian network representation," ISI 2009, pp. 303-306 (2008)

Vu, Khanh, Hua, Kien A., Cheng, Hao, Lang, Sheau-Dong, "Bounded Approximation: A New Criterion for Dimensionality Reduction Approximation in Similarity Search," IEEE Transactions on Knowledge and Data Engineering, vol. 20, no. 6, pp. 768-783, Jan. 2008

Lee, Robert and Lang, Sheau-Dong, "Locality-Based Server Profiling for Intrusion Detection" Proceedings of the IEEE ISI 2008 PAISI, PACCF, and SOCO International Workshops on Intelligence and Security Informatics, Springer Lecture Notes in Computer Science, V. 5075, June 17, 2008, Pages: 205   216

Purcell, Daniel M.  and Lang, Sheau-Dong, "Forensic Artifacts of Microsoft Windows Vista System" Proceedings of the IEEE ISI 2008 PAISI, PACCF, and SOCO International Workshops on Intelligence and Security Informatics, Springer Lecture Notes in Computer Science, V. 5075, June 17, 2008, Pages: 304   319 (2007)

Li, Shuxin, Lee, Robert and Lang, Sheau-Dong, Mining Distance-based Outliers from Categorical Data, in The 2007 IEEE International Conference on Data Mining (ICDM2007), Omaha, NE, October 2007

(2006)

Mao, J. and Lang, Sheau-Dong, Parallel Algorithms for the Degree-Constrained Minimum Spanning Tree Problem Using Nearest-Neighbor Chains and the Heap-Traversal Technique, Information Journal 9(2), March 2006

Li, Shuxin, Li, Robert, Lang, Sheau-Dong, Detecting outliers in interval data, in ACM Southeast Regional Conference 2006, 290-295

Li, Shuxin, Li, Robert, Lang, Sheau-Dong, Efficient mining of strongly correlated item pairs, in Proceedings of SPIE 2006 Defense and Security Symposium, Vol. 6241, Apr 2006

Vu, Khanh, Hua, Kien A., Cheng, Hao, Lang, Sheau-Dong, A non-linear dimensionality-reduction technique for fast similarity search in large databases. in SIGMOD Conference 2006, 527-538

(Selected list prior to 2006)

"Locality-based Profile Analysis for Secondary Intrusion Detection" with M. Zhou and R. Lee, in Proceedings of 8th ISPAN, 2005.

"Weighted Link Graphs: A Distributed IDS for Secondary Intrusion Detection and Defense" with M. Zhou, in Proceedings of 2005 SPIE Defense and Security Symposium, 2005.

"Many-to-Many Skeletal-Graphs Matching Approach to Shape Recognition" with N. Hiransakolwong et al., in Proceedings of 2004 International Conference of SETIT, 2004.

"Shape Recognition Based on the Medial Axis Approach" with N. Hiransakolwong et al., in Proceedings of IEEE International Conference on Multimedia & Expo (ICME), 2004.

"A Frequency-Based Approach to Intrusion Detection" with M. Zhou, Journal of Systemics, Cybernetics and Informatics, 2(3), 2004.

"Mining Frequency Content of Network Traffic for Intrusion Detection" with M. Zhou, in Proceedings of the IASTED International Conference on Communication, Network, and Information Security (CNIS 2003). 2003.

"A Conservative Synchronization Protocol for Dynamic Wargame Simulation" with Phuong Bui and David Workman, in Proceedings of 2003 Spring Simulation Interoperability Workshop, 2003.

"Static Analysis and Validation of Composite Behaviors in Composable Behavior Technology" with Zhang, J. and Hopkinson, B., in Proceedings of 2002 Spring Simulation Interoperability Workshop, 2002.

"Using Constraint Logic Programming to Analyze the Chronology in A Rose for Emily", with J. Burg and Boyle, Journal of Computers and the Humanities, 34 (4), Dec. 2000. pp. 377-392.

"Adapting a Diagnostic Problem-Solving Model to Information Retrieval" with I. Syu, Journal of Information Processing & Management, Vol. 36 (2), Feb. 2000, pp. 313-330.

"An Extended Banker's Algorithm for Deadlock Avoidance", IEEE Transactions on Software Engineering, Vol. 25 (3), May/June, pp. 428-432, 1999.

"Classification Algorithms for NETNEWS Articles" with W.-L. Hsu, Proceedings of the 8th International Conference on Information and Knowledge Management (CIKM99), pp. 114-121, Nov. 1999.

"Feature Reduction and Database Maintenance in NETNEWS Classification" with W.-L. Hsu, Proceedings of the 1999 International Database Engineering and Applications Symposium (IDEAS99), pp. 137-144, Aug. 1999.

"A Parallel Algorithm for the Degree-Constrained Minimum Spanning Tree Problem Using the Nearest Neighbor Chains" with L.-J. Mao and N. Deo, Proceedings of the 1999 International Symposium on Parallel Architectures, Algorithms and Networks (ISPAN99), pp. 184-189, June 1999.

"NETNEWS Classification via Batch Routing and Updates" with W.-L. Hsu, Proceedings of the 1999 International Conference of IRMA, May 1999.

"Probabilistic Analysis of the RNN-CLINK Clustering Algorithm" with L.-J. Mao and W.-L. Hsu, in Data Mining and Knowledge Discovery: Theory, Tools, and Technology, Belur V. Dasarathy, Editor, Proceedings of SPIE, Vol. 3695, pp. 31-38, April 1999.

A copy of my curriculum vitae is attached as Exhibit A, as well as a list of publications in the last ten years.  I have not testified in any federal court case.

## II.   Information Considered and Relied Upon:

In preparation for my expected testimony, I have read or reviewed the following:

### A.   Pleadings:

1.   Adversary Complaint by Applied Concepts against Stephen Matthews;
2.   Preliminary Injunction against Stephen Matthews;
3.   Many overlay drawings of Applied Concepts' and Matthews Yacht Design sportfishing boats;

### B.   Computers & Hard Drives:

1.   One hard-drive and Gateway Computer obtained by Applied Concepts from Matthews Yacht Design, LLC, Bankruptcy Trustee;

2.   Two hard drives and ASUS Laptop Computer Gateway Computer obtained by Applied Concepts from Matthews Yacht Design, LLC bankruptcy trustee;

3.      Toshiba External hard drive obtained by Applied Concepts from Matthews Yacht Design, LLC bankruptcy trustee;

4.      Hard-Drive copied from laptop from F&S Boatworks;

5.      Registry files of Applied Concepts' the Windows XP computer containing user account "matthews.steve", and NTUSER.DAT from user account "matthews.steve.ACUI"; and two (2) device log files: "setupapi.log" and "setupapi.log.0.old."

III.    **Basis and Reasons for Opinions:**

A.      **General Testimony:**

1.      **Computer File Systems:**

A computer file system refers to the structures created on a storage media and the algorithms provided by a computer operating systems in order for computer users to save data as files, organize files typically within a hierarchy of directories (folders) and subdirectories (subfolders), and to access and manipulate the data via file operations such as copy, move, rename, and delete.

a.      **NTFS (New Technology File System) and MFT (Master File Table):**

NTFS (New Technology File System) is the main file system used in today's personal computers running Windows operating system from Microsoft.  NTFS uses a table known as MFT (Master File Table) to store the metadata (properties) about files, where each file is represented by an MFT file record that consists of file properties including: file name, file size (in bytes), various file timestamps (creation, last modification, last access times), file's addresses (locations) on the disk, etc.

2.      **Computers Store User Activities:**

Computers store and record the histories of user activity in various places and ways.  Folders and files, and their metadata information stored in the MFT, provide a timeline of user activities regarding files. Windows operating system (for example, Windows 7) uses several Registry files to keep records of the computer's user accounts, installed applications, connected external devices such as USB flash drives, etc.  Windows security event logs contain information about user account creations/deletions, and user logon and logoff events.

3.      **File Deletion:**

When files are deleted from a computer, the computer removes the file name from an index in the computer, but leaves the file precisely where it has been originally stored.  In the NTFS file system, this means the file record in the MFT that corresponds to the deleted file is marked as free, or deleted, so that this file record may be reused by another file, but the majority portion of the file record is intact.  The computer then adds the disk sectors where that file had been stored to the unallocated free-space, making them available for other files to be stored in that same location.  If the computer continues to be used, the computer will eventually store new files over the old deleted file, thus destroying the old file.  Also, a new file's file record may occupy the same location of the MFT file record from a previously deleted file, therefore overwriting the old file's metadata, e.g., file name, timestamps, file size, file's disk location.  However, prior to the computer overwriting these locations, either the file's MFT record and/or the file's contents remain intact, available for recovery.

4.      **File Recovery Software:**

To recover deleted files, there is software available that will find deleted files, or will search the unallocated free-space for the existence of files based on known file signatures (i.e., known patterns in the file header and/or footer).  Because these files are somewhat easy to recover, many knowledgeable users who want the files to be permanently deleted will use a file deletion software.

5.      **File Deletion Software:**

File deletion software will erase the file thought to be deleted by the user in the following ways: (1) Identify deleted file's file record in the MFT and wipe it (e.g., overwrite with all zeroes). (2) Identify deleted file's disk location and wipe the corresponding disk sectors if they are not currently allocated to another file. (3) Identify disk sectors in unallocated disk space using known file signatures then wipe those disk sectors if they are not currently allocated to another file. (4) Go through all disk sectors that are not currently allocated to any file, and wipe them.

6.      **User Activity Deletion Software:**

Computers store user activity in a Registry, event logs, web browser records, browser cookies, and other places.  Software is available which

deletes the user's activity, making it difficult to discovery a person's activities on a computer.

7. **Forensic Computer Science:**

Because of the illegal activities which occur on computers today, from cyber-theft, to child pornography, to running and recording the activities of illegal business on computers, an entire science has emerged to forensically analyze computers, extracting "digital" evidence that is relevant to the case under investigation, attempting to reconstruct the sequence of events and to answer the Who-What-When-Where-Why and How questions. Forensic Computer Science, or Digital forensics, is the application of science and technology to the legal problem of digital evidence.

8. **"X-Ways Forensics" Software:**

To conduct the analysis of the computers in question, I used the digital forensics tool "X-Ways Forensics" which attempts to reconstruct deleted folders. X-Ways also has a built-in Windows Registry viewer and event log viewer. X-Ways recognizes file signatures for all popular file types, and is capable of carving files from free/unallocated disk space based on the file signature database. In addition to X-Ways I also used other tools (open-source/free tools, or demo/evaluation version of commercial tools) to assist in my examination.

B. **General Opinion:**

If called to testify in this matter, I will testify that the Gateway computer shows it began to be used by the user "Stephen Matthews" after July 7, 1010.

On October 15, 2013 there is compelling evidence that on the Gateway Computer, a program called Ccleaner was run, which deleted and wiped over 128,000 files, along with entire folders and user accounts.

Also, the user activity of the primary user account "Stephen Matthews" was deleted. Please see my separate reports regarding my opinion on the Asus and F&S laptop computers.

IV. **Specific Forensic Findings on the Gateway Computer:**

A. **The Gateway Computer Image:**

1. I was given a Gateway computer and its hard disk for examination. The disk is a Seagate 1TB drive, Serial Number 5VP3DEAM. I acquired a copy of the disk mage using AccessData FTK Imager 3.1.4.6 and via a hardware

write blocker.  The image's integrity was verified by FTK Imager after acquisition.

2.    The acquired image consists of the below three partitions plus some unused inter-partition space:

- Partition 1:

  ○    File system: NTFS
  ○    Name: PQSERVICE
  ○    Total capacity: 16,106,127,360 bytes = 15.0 GB
  ○    Files: 324

- Partition 2:

  ○    File system: NTFS
  ○    Name: SYSTEM RESERVED
  ○    Total capacity: 104,857,600 bytes = 100 MB
  ○    Files: 75

- Partition 3:

  ○    File system: NTFS
  ○    Name: Gateway
  ○    Total capacity: 983,991,058,432 bytes = 916 GB
  ○    Files: 304,067

- Unused inter-partition space (2.7 MB):

  ○    Sectors 0 - 2,047 (1.0 MB)
  ○    Sectors 1,953,521,664 - 1,953,525,167 (1.7 MB)

I examined Partition 3 since it is the only partition that has user accounts set up.

3.    I used the below tools for my examination:

- X-Ways Forensics, v.17.4, by X-Ways Software Technology AG (commercial tool)

- AccessData FTK Imager, v.3.1.4.6 (free download)

- AccessData Registry Viewer, v.1.7.3.5 (commercial tool, demo mode)

- Event Log Explorer, v.4.2, by FSPro Labs (evaluation version)

- The Sleuth Kit (TSK), v.4.1.2, by Brian Carrier (open-source free

tool)

4.   The Gateway computer's system (BIOS) time is one hour, 7 minutes, and 15 seconds faster than (ahead of) the actual clock time according to the Eastern Standard Time (UTC – 5).  However, the BIOS time might have been set to Eastern Daylight Time (UTC – 4) when the computer was taken offline; therefore, the computer time was never adjusted from EDT to EST.  The reported times in this report are all based on the times saved on the computer (and therefore may be off by 7 minutes and 15 seconds).

**B.      Date Operating System Installed on Gateway Computer:**

There is evidence that the Windows operating system was installed on Wednesday, 7/7/2010 16:06:00 (UTC – 4, Eastern Daylight Time).
The current operating system version is "Windows 7 Home Premium, Service Pack 1."  (Source: Windows Registry HKLM\SOFTWARE\Microsoft\Windows NT\CurrentVersion.)

This date of 7/7/2010 coincides with the date that I have been told that Mr. Stephen Matthews purchased the Gateway computer.

**C.      Original User Accounts on Gateway Computer:**

There is evidence that the following user accounts were created:

1.   Account Name:        Stephen Matthews
     Time set up:          7/07/2010 16:05:54 (UTC – 4, Eastern Daylight Time)

2.   Account Name:        Owner
     Time set up:          10/14/2012 16:23:06 (UTC – 4, Eastern Daylight Time)

There is evidence that this computer ran for over two years, prior to this "Owner" account being set up on October 14, 2012, the day prior to folder and file deletions that were carried out by this "Owner" account.

The user account "Owner" was created by the user "Stephen Matthews."

     (Source: Windows event log file
     c:\windows\system32\winevt\Logs\Security.evtx, event ID 4720.)

3.   Account Name:        Steve
     Time set up:          10/23/2012 11:41:03 (UTC – 4, Eastern Daylight Time)

The user account "Steve" was created by the user "Administrator."

(Source: Windows event log filec:\windows\system32\winevt\Logs\Security.evtx, event ID 4720)

(Sources: A recovered Windows SAM Registry file by X-Ways Forensics, last modified 10/16/2012 10:55:11, contains account information for users "Stephen Matthews" and "Owner"; the current active SAM Registry file contains account information for the user "Steve".)

**D.      Deleted User Accounts  on Gateway Computer:**

There is evidence that the following user accounts were deleted:

1.      Account Name:          Stephen Matthews
        Time of deletion:      10/14/2012 16:55:03 (UTC – 4, Eastern Daylight
                               Time)

        Here, the primary user account of "Stephen Matthews" was deleted, which would delete all the user activity back to the first date the user account was established.   The user account of "Stephen Matthews" was the primary user since July 2010, and now deleted on October 14, 2012.

2.      Account Name:          Owner
        Time of deletion:      10/15/2012 3:24:50 (UTC – 4, Eastern Daylight
                               Time)

        There is evidence that the user "Owner" stayed on the system until 10/16/2012 3:18:42 when the user logged off from the system. (Source: Windows event log file c:\windows\system32\winevt\Logs\Security.evtx.)

**E.      Present User Accounts:**

There is evidence that today there are three (3) active user accounts on the Gateway computer at this point in time (January 2014) with the following user names and login information:

1.      User Name:             Administrator
        Last Logon Time:       12/4/2012 21:15:08 UTC
        Description:           Built-in account for administering the
                               computer/domain

2.      User Name:             Guest
        Last Logon Time:       10/11/2012 1:29:46 UTC

|  | Description: | Built-in account for guest access to the computer/domain |

3. User Name: Steve
   Last Logon Time: 12/4/2012 21:26:04 UTC
   Time set up: 10/23/2012 11:41:03 (UTC − 4, Eastern Daylight Time)

(I have been told that the Gateway computer was taken from Mr. Matthews by the Bankruptcy trustee on or about November 1, 2012, and the Trustee may have run the computer on December 4, 2012 to examine the records. I have no corroborating evidence of these events however.)

(Source: Windows Registry keys
HKLM\SAM\SAM\Domains\Account\Users\ and
HKLM\SAM\SAM\Domains\Account\Users\Names\)

## V.   128,591 Files and Folders Were Deleted on October 15, 2012:

There is evidence that 128,591 files and folders were deleted from the Gateway computer between the time of 10/15/2012, 15:13:12, and 10/15/2012, 15:18:12.

### A.   Software Cleaning Tool "CCleaner" was Used For the Deletions:

There is evidence that a software tool "ccleaner.exe" was launched on 10/15/2012, at 15:11:54 from the user account "Owner" by executing the application "J:\Tech Diag\CCleaner\CCleaner.exe" from the J: drive that caused these deletions.

There is evidence that Windows Defender tool from Microsoft installed on the Gateway computer detected the launch of the application "J:\Tech Diag\CCleaner\CCleaner.exe" at 10/15/2012 15:11:54, and recorded this event in Windows Defender's log file C:\ProgramData\Microsoft\Windows Defender\Support\MPLog-07132009-221054.log.

There is evidence a Windows prefetch file "CCLEANER.EXE-0557E2A9.pf" was created at 10/15/2012 15:12:04.5, under the folder C:\Windows\Prefetch, shortly (10 seconds) after ccleaner.exe tool was launched, see below table. In general, Windows operating system maintains a list of these prefetch files so that when any of the same application is to be run in the future, the system can quickly "prefetch" its needed system library functions (DLLs) to the RAM to make the application run more efficiently.

| Name | Path | Size | Created | Modified | Accessed | 1st sector |
|---|---|---|---|---|---|---|
| CCLEANER.EXE-0557E2A9.pf | \Windows\Prefetch | 37.8 KB | 10/15/2012 15:12:04 | 10/15/2012 15:12:04 | 10/15/2012 15:12:04 | 654464 |

The information embedded in the prefetch file "CCLEANER.EXE-0557E2A9.pf" is parsed in the below table which shows the time when the tool was run and that the tool was run exactly once:

| Name | CCLEANER.EXE |
|---|---|
| Last Run | 10/15/2012 15:11:54 |
| Run Count | 1 |

All times reported above are based on local, Eastern Daylight time (UTC – 4).

As stated above, the "Owner" account was created, on 10/14/2012 16:23:06 and this account was used to run the "ccleaner.exe" on 10/15/2012, at 15:11:54 that caused 128,591 files and folders to be deleted.

There is evidence that all files pertaining to the user account "Stephen Matthews" were among those deleted, and that the user account "Owner" was created specifically for the purpose of deleting files including those belonged to the user account "Stephen Matthews."

(Sources: Windows Registry keys C:\Users\Owner\NTUSER.DAT\Software\Piriform\CCleaner and C:\Users\Owner\NTUSER.DAT\Software\Microsoft\Windows\CurrentVersion\Explorer\UserAssist\{CEBFF5CD-ACE2-4F4F-9178-9926F41749EA}\Count;  Windows Defender's log file C:\ProgramData\Microsoft\Windows Defender\Support\MPLog-07132009-221054.log.)

**B.**    **"CCleaner" Is Advertised to Maintain Privacy and Clean Activity:**

According to the publisher of the software cleaning tool "CCleaner," a company by the name of Piriform (http://www.piriform.com/ccleaner/features) states that their software can clean the computer to maintain privacy and online activity:

> "CCleaner is our system optimization, privacy and cleaning tool.  It removes unused files from your system - allowing Windows to run faster and freeing up valuable hard disk space.  It also cleans traces of your online activities such as your Internet history. Additionally it contains a fully featured registry cleaner."

**C.**    **"CCleaner" Securely Deletes Files then Renames them with Z's:**

According to the information posted by the publisher Piriform (http://www.piriform.com/docs/recuva/technical-information/secure-file-

[deletion)

> "when CCleaner securely deletes files, it renames them with all Zs in the file name (for example, ZZZZZZZZ.ZZZ) for increased security."

What I found on the Gateway computer, was out of those 128,591 files and folders found to be deleted, 62,998 and 17,111 of them were grouped under two folders which had the file names changed to folders named with ZZZZZ, and the files inside the folders were named with ZZZZZZZ's as well.  The two folders were named:

> "C:/3590F75ABA9E485486C100C1A9D4FF06Z.....Z.Z.Z.ZZZZ"
> "C:/3590F75ABA9E485486C100C1A9D4FF06ZZ...Z...ZZ.Z..Z"

The remaining 48,482 files and folders that were deleted were grouped under the OrphanFiles category (since their parent directories cannot be determined).

All of these files and folders, except for the two folders noted above, have their names spelled using only letter Z's, mixed with one or more period (dot) characters.  The evidence is that these files and folders were first renamed by the tool ccleaner (to ZZZZ's), then their contents were wiped (overwritten with all zeroes) before they are marked as deleted by Windows operating system.  As a result, both the original file names, and the file contents, were completely lost and unrecoverable (unless a separate copy of the files were saved in a different place).

**D.      "CCleaner" Was Then Removed From Computer After being Used:**

There is no evidence that the tool ccleaner.exe still exists on the Gateway computer's hard drive, most probably because ccleaner.exe was run directly from an external flash drive and was never installed on the Gateway computer.

However, there is evidence that a user account named "Owner," had the application's information of "ccleaner" saved in the user's Software Registry key under the publisher's name Piriform.

As stated several times above, this "Owner" account was set up on 10/14/2012 16:23:06 and used to run the "Ccleaner" on 10/15/2012, at 15:11:54 which caused the 128,591 files and folders to be deleted.

**VI.**   **Primary Folders for User "Stephen Matthews" were Deleted**:

There is evidence that certain folders were deleted from the Gateway computer in October 2012.

I used the digital forensics tool "X-Ways Forensics" which uses Windows volume shadow copy (VSC) files, system journal, and file signatures to reconstruct deleted folders.

Below is a chart of the nine (9) largest reconstructed folders including their sizes, time-stamps (UTC – 4, Eastern Daylight Time), and total numbers of files in the folders, however, none of the files' original contents were able to be recovered.

| Folder Name Deleted | Size | Created | Modified | Accessed | # files |
|---|---|---|---|---|---|
| Autodesk | 3.3 GB | 07/14/2010 07:34:06.4 | 10/14/2012 16:30:01.3 | 10/14/2012 16:30:01.3 | 111 |
| S-1-5-21-535135317-1351188031-287495180-1000 | 1.1 GB | 07/07/2010 16:07:28.8 | 10/14/2012 16:23:24.9 | 10/14/2012 16:23:24.9 | 2,507 |
| Mechanical Desktop 2009 | 1.0 GB | 07/15/2010 14:07:53.1 | 10/14/2012 16:55:01.6 | 10/14/2012 16:55:01.6 | 3,219 |
| Autodesk | 500 MB | 07/14/2010 11:02:51.9 | 10/14/2012 16:55:00.9 | 10/14/2012 16:55:00.9 | 4,997 |
| Google | 477 MB | 07/07/2010 16:36:58.2 | 10/14/2012 16:37:10.4 | 10/14/2012 16:37:10.4 | 1,026 |
| en-us | 385 MB | 07/15/2010 14:09:57.7 | 10/14/2012 16:48:26.8 | 10/14/2012 16:48:26.8 | 1,725 |
| Program Files | 288 MB | 07/15/2010 14:12:28.9 | 10/14/2012 16:55:01.6 | 10/14/2012 16:55:01.6 | 1,217 |
| Application Data | 206 MB | 07/15/2010 14:09:30.1 | 10/14/2012 16:47:15.4 | 10/14/2012 16:47:15.4 | 627 |
| emails | 167 MB | 10/11/2012 11:23:17.3 | 10/14/2012 13:55:20.7 | 10/14/2012 13:55:20.7 | 308 |

**A.**   **The "Autodesk" Folder Deleted:**

The first folder called Autodesk, was created on July 14, 2010, which was one week after this computer was first purchased and is believed to be created when AutoDesk was installed.  The Autodesk, folder was last accessed on 10/14/2012, but was then deleted on 10/15/2012 when ccleaner was ran.  This Autodesk folder contained 3.3 GB of data in 111 files.

**B.**     **The Folder "S-1-5-21-535135317-1351188031-287495180-1000" Deleted:**

The second folder listed above named **"S-1-5-21-535135317-1351188031-287495180-1000,"** was created July 7, 2010, the same day I have been told that this computer was purchased.

This long number is a Security ID of the user account "Stephen Matthews" based on the information embedded in Windows' Security event log and recovered Windows SAM Registry file.  Therefore, the recovered folder structure under the name "S-1-5-21-535135317-1351188031-287495180-1000," is most probably the recycle bin of the user account "Stephen Matthews" which was deleted on 10/14/2012 16:55:03.

In total, there were 2,507 files deleted in this folder containing 1.1 GB of data.

**C.**     **Mechanical Desktop 2009 Deleted:**

The third folder listed above named "Mechanical Desktop 2009," was created on July 15, 2010, likely when the program Mechanical Desktop was installed.  This folder contained 3,219 files with 1 GB of data prior to being deleted on October 15, 2012.

**D.**     **Second "Autodesk" Folder Deleted:**

The fourth folder listed above named "Autodesk" was created on July 14, 2010, one week after the computer was purchased and again likely when the program Autodesk was installed.   This folder contained 4,997 files with 500 MB of data prior to being deleted on October 15, 2012.

**E.**     **"Google" Folder Deleted:**

The fifth folder named "Google," was created on July 7, 2010, the same day this computer was purchased.   This folder contained 1,026 files with 477 MB of data prior to being deleted on October 15, 2012.

**F.**     **"EN-US" Folder Deleted:**

The sixth folder listed above named "EN-US", was created on July 15, 2010, one week after this computer was purchased.  This folder contained 1,726 files with 385 MB of data prior to being deleted on October 15, 2012.

**G.**     **"Program Files" Folder Deleted:**

The seventh folder listed above named "Program Files", was created on July 15, 2010, one week after I have been told that this computer was purchased.  This folder contained 1,217 files with 288 MB of data prior to being deleted on

October 15, 2012.

**H.**    **"Application Data" Folder Deleted:**

The eighth folder listed above named "Application Data", was created on July 15, 2010, one week after I have been told that this computer was purchased.  This folder contained 627 files with 206 MB of data prior to being deleted on October 15, 2012.

**I.**    **"Emails" Folder Deleted:**

The ninth folder listed above named "emails", was created on October 11, 2012 and then deleted just days later.  This folder contained 308 files with 167 MB of data prior to being deleted on October 15, 2012.

**VII.**    **"Volume Shadow Copy" Files Show File Structure of Four Deleted Folders:**

The Gateway computer has kept a few "volume shadow copy" files which are snapshots of itself by backing up changes made to the disk.   From these shadow copies, a user can restore an older version of files by merging the current version and the changes recorded in the shadow copy.  However, since the shadow copy only saves the changes, not necessarily the entire files, if the current version of a file has been deleted, which is what I believe happened here, then the shadow copy by itself may not be enough to restore the file.

There is evidence that these files saved by the volume shadow copies cannot be restored from the Gateway computer since their contents have been wiped (overwritten with zeroes) by Ccleaner.

That is, although the old version of the "file's record" is still intact which has the file name, e.g., a file record for the file "86-186 for Dell Murphy/House/DM86-HS-BasetoMB.dwg" exists in the shadow copy, but its contents have been replaced with a file with a new name made up with Z's and dots, meaning deleted by Ccleaner.  The disk sectors that used to contain the file contents have been replaced with all zeroes, which is what ccleaner does that "securely deletes" files.

**VIII.**    **Screenshots of Four Recovered Folder Structures:**

Using the software tool, X-Ways Forensics, and other log files, I have been able to recover and/or reconstruct "screenshots" that show 4 recovered folder structures.

The very faint notations "?" and "X" that are marked on the folder icons, mean the files contained in the folders are probably not recoverable since the space holding the contents had been reallocated to other files.

Also at the end of the folder name, is a number in light blue in parenthesis.  These numbers are the number of files which were in the folder prior to being deleted.  Case in point is the first folder for "Mechanical Desktop 2009."  The number after it is 3,219, which is the number of files in the folder prior to being deleted.  Here are the "screen shots" of the file structure which did exist at one time, but was deleted in October of 2012.



- S-1-5-21-535135317-1351188031-287495180-1000 (2,507)
  - $R3E47IW (23)
  - $RAKXCOX (3)
  - $RDYAMDY (18)
  - $RE0XRFN (1,044)
    - 86-186 for Dell Murphy (320)
      - 83 (43)
      - Artwork (7)
      - Bridge (29)
      - Docs (60)
      - House (18)
      - Hull (27)
      - Images (80)
      - Mezzanine (19)
      - Pictures (4)
    - emails (284)
    - SY25 for Cliff (62)
    - SY44 (17)
    - SY45ips-express (38)
    - SY57-2011 (45)
    - SY60-185 (33)
    - SY60-concept (9)
    - SY60-Phillips (31)
    - SY61ips-Mungo (51)
    - SY62-172 Jacobson (31)
    - SY63-Okuda (12)
    - SY66-PicoValdez (44)
    - SY69-188 (24)
    - SY72-MV (41)
  - $RPUWS6P (0)
  - $RU7YPHK (318)
  - $RZAWWBE (1,097)

- Google (1,026)
  - Chrome (1,013)
    - Application (151)
      - 22.0.1229.94 (144)
      - Dictionaries (1)
      - plugins (1)
    - User Data (862)
      - Default (854)
      - PepperFlash (0)
  - Custom Buttons (0)
  - Toolbar (2)
  - Toolbar Cache (0)
  - Toolbar History (9)
  - Update (2)



The table below shows the names of the existing folders under C:\Users, including their sizes and timestamps (UTC – 4, Eastern Daylight Time in July and October, and UTC – 5, Eastern Standard Time in December):

| Name | Size | Created | Modified | Accessed | # files |
|------|------|---------|----------|----------|---------|
| Owner | 70.5 MB | 10/14/2012 17:05:20 | 10/15/2012 9:14:22 | 10/15/2012 9:14:22 | 184 |
| Public | 58.9 MB | 7/13/2009 23:20:09 | 10/14/2012 16:34:49 | 10/14/2012 16:34:49 | 46 |
| Steve | 37.1 MB | 10/23/2012 11:50:05 | 10/23/2012 11:50:21 | 10/23/2012 11:50:21 | 660 |
| Administrator | 26.5 MB | 10/23/2012 11:34:48 | 10/23/2012 12:00:18 | 10/23/2012 12:00:18 | 330 |
| Stephen Matthews | 0 Bytes | 12/4/2012 15:49:16 | 12/4/2012 15:49:16 | 12/4/2012 15:49:16 | 0 |
| Default | 1.8 MB | 7/13/2009 23:20:09 | 7/14/2009 3:12:14 | 7/14/2009 3:12:14 | 42 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Default User | 0 Bytes | 7/14/2009 1:08:56 | 7/14/2009 1:08:56 | 7/14/2009 1:08:56 | 0 |
| All Users | 0 Bytes | 7/14/2009 1:08:56 | 7/14/2009 1:08:56 | 7/14/2009 1:08:56 | 0 |

These folders correspond to the user accounts set up on the system, and contain default subfolders such as "Desktop," "Documents," "Downloads," "Favorites," etc.

**IX.**   **MS Word Files Found Deleted but Some Path Names Recovered:**

The table below shows names of Word files (types doc or docx) and OpenOffice file (type odt) deleted in October 2012, but recovered by the forensics tool "X-Ways Forensics" on the Gateway computer, including their sizes and timestamps (UTC – 4, Eastern Daylight Time or UTC – 5, Eastern Standard Time as appropriate).

You will note in the path name, states "Path unknown," followed by the long name of "S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\"   The number "S-1-5-21-535135317-1351188031-287495180-1000" is the Security ID (SID) of the user account "Stephen Matthews" before the account was deleted; therefore, this long number name was the recycle bin associated with the user account "Stephen Matthews."  The subfolder name \$RE0XRFN was a name assigned by Windows operating system when files/folders were deleted and put into the recycle bin.  The last part of the path name in the first record below, namely, "SY61ips-Mungo\Docs" is the actual file name which has been confirmed to me by Applied Concepts, who uses this same naming convention.  The "SY61" means Spencer Yachts, 61 foot vessel.  The IPS is the type of drive system.  The word Mungo, is the customer or owner of the boat.   The last part of the file name is Docs, which is normally a folder full of documents.

| Name | Type | Path | Size | Created | Modified | Accessed |
|---|---|---|---|---|---|---|
| Spencer 61 IPS Boat Input Sheet SEM.doc | doc | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\SY61ips-Mungo\Docs | 224 KB | 10/11/2012 11:25:39 | 10/14/2012 13:55:17 | 10/11/2012 11:25:39 |

| | | | | | | |
|---|---|---|---|---|---|---|
| owner questions 179.doc | doc | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\\$RE0XRFN\SY61ips-Mungo\DaveMidgett | 43.0 KB | 10/11/2012 11:25:39 | 10/14/2012 13:55:17 | 10/11/2012 11:25:39 |
| FOR85-Design62711confidential.odt | odt | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\\$RE0XRFN\86-186 for Dell Murphy\Docs | 22.1 KB | 10/11/2012 11:24:55 | 10/14/2012 13:55:16 | 10/11/2012 11:24:55 |
| FOR85-Design61511confidential.odt | odt | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\\$RE0XRFN\86-186 for Dell Murphy\Docs | 22.0 KB | 10/11/2012 11:24:55 | 10/14/2012 13:55:16 | 10/11/2012 11:24:55 |
| FOR85-Design62711.odt | odt | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\\$RE0XRFN\86-186 for Dell Murphy\Docs | 21.6 KB | 10/11/2012 11:24:55 | 10/14/2012 13:55:16 | 10/11/2012 11:24:55 |
| fs66br1.doc | doc | \Path unknown\FS66-2011-1\Bridge | 21.5 KB | 10/11/2012 11:23:37 | 10/14/2012 13:55:21 | 10/11/2012 11:23:37 |
| fs66br2.doc | doc | \Path unknown\FS66-2011-1\Bridge | 21.5 KB | 10/11/2012 11:23:37 | 10/14/2012 13:55:21 | 10/11/2012 11:23:37 |
| 34h2.doc | doc | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\\$RU7YPHK\34\Docs | 21.5 KB | 10/11/2012 11:23:44 | 10/14/2012 13:55:21 | 10/11/2012 11:23:44 |
| 86con2.doc | doc | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\\$RE0XRFN\86-186 for Dell Murphy\Bridge\Console | 21.5 KB | 10/11/2012 11:24:52 | 10/14/2012 13:55:16 | 10/11/2012 11:24:52 |
| 85inv1.doc | doc | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\\$RE0XRFN\86-186 for Dell Murphy\Docs | 21.5 KB | 10/11/2012 11:24:55 | 10/14/2012 13:55:16 | 10/11/2012 11:24:55 |
| 86br1.doc | doc | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\\$RE0XRFN\86-186 for Dell Murphy\Docs | 21.5 KB | 10/11/2012 11:24:55 | 10/14/2012 13:55:16 | 10/11/2012 11:24:55 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 86dmhl1.doc | doc | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\86-186 for Dell Murphy\Docs | 21.5 KB | 10/11/2012 11:24:55 | 10/14/2012 13:55:16 | 10/11/2012 11:24:55 |
| 86hseinv1.doc | doc | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\86-186 for Dell Murphy\Docs | 21.5 KB | 10/11/2012 11:24:55 | 10/14/2012 13:55:16 | 10/11/2012 11:24:55 |
| 86hseinv2.doc | doc | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\86-186 for Dell Murphy\Docs | 21.5 KB | 10/11/2012 11:24:55 | 10/14/2012 13:55:16 | 10/11/2012 11:24:55 |
| 86inv3.doc | doc | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\86-186 for Dell Murphy\Docs | 21.5 KB | 10/11/2012 11:24:55 | 10/14/2012 13:55:16 | 10/11/2012 11:24:55 |
| 86mez1.doc | doc | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\86-186 for Dell Murphy\Mezzanine | 21.5 KB | 10/11/2012 11:25:03 | 10/14/2012 13:55:16 | 10/11/2012 11:25:03 |
| sp25h1.doc | doc | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\SY25 for Cliff\Docs | 21.5 KB | 10/11/2012 11:25:19 | 10/14/2012 13:55:17 | 10/11/2012 11:25:19 |
| 45sp2.doc | doc | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\SY45ips-express\Docs | 21.5 KB | 10/11/2012 11:25:26 | 10/14/2012 13:55:17 | 10/11/2012 11:25:26 |
| sp44rw1.doc | doc | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\SY45ips-express\Docs | 21.5 KB | 10/11/2012 11:25:26 | 10/14/2012 13:55:17 | 10/11/2012 11:25:26 |
| 57sp.doc | doc | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\SY57-2011\Docs | 21.5 KB | 10/11/2012 11:25:31 | 10/14/2012 13:55:17 | 10/11/2012 11:25:31 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 60SPmods.doc | doc | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\SY57-2011\SY60-185 | 21.5 KB | 10/11/2012 11:25:31 | 10/14/2012 13:55:17 | 10/11/2012 11:25:31 |
| 60SPmods.doc | doc | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\SY60-185 | 21.5 KB | 10/11/2012 11:25:33 | 10/14/2012 13:55:17 | 10/11/2012 11:25:33 |
| 60rc2.doc | doc | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\SY60-185\Re-CutParts | 21.5 KB | 10/11/2012 11:25:35 | 10/14/2012 13:55:17 | 10/11/2012 11:25:35 |
| 62sp1.doc | doc | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\SY62-172 Jacobson | 21.5 KB | 10/11/2012 11:25:39 | 10/14/2012 13:55:18 | 10/11/2012 11:25:39 |
| FOR85-DesignQuote61511.odt | odt | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\86-186 for Dell Murphy\Docs | 21.4 KB | 10/11/2012 11:24:55 | 10/14/2012 13:55:16 | 10/11/2012 11:24:55 |
| 60recut.doc | doc | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\SY60-185\Re-CutParts | 21.0 KB | 10/11/2012 11:25:35 | 10/14/2012 13:55:17 | 10/11/2012 11:25:35 |
| SY60#185-71211-HullQuote.odt | odt | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\SY57-2011\SY60-185 | 20.6 KB | 10/11/2012 11:25:31 | 10/14/2012 13:55:17 | 10/11/2012 11:25:31 |
| SY60#185-71211-HullQuote.odt | odt | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\SY60-185 | 20.6 KB | 10/11/2012 11:25:33 | 10/14/2012 13:55:17 | 10/11/2012 11:25:33 |
| SY60#172Jacobson.odt | odt | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\SY62-172 Jacobson | 20.0 KB | 10/11/2012 11:25:39 | 10/14/2012 13:55:18 | 10/11/2012 11:25:39 |
| FS66-BridgeQuote-12511.odt | odt | \Path unknown\FS66-2011-1\Bridge | 19.9 KB | 10/11/2012 11:23:37 | 10/14/2012 13:55:21 | 10/11/2012 11:23:37 |

| File | Type | Path | Size | Created | Modified | Accessed |
|---|---|---|---|---|---|---|
| FS66-8111-House.odt | odt | \Path unknown\FS66-2011-1 | 19.8 KB | 10/11/2012 11:23:32 | 10/14/2012 13:55:21 | 10/11/2012 11:23:32 |
| FS66-6111-Hull.odt | odt | \Path unknown\FS66-2011-1 | 19.7 KB | 10/11/2012 11:23:32 | 10/14/2012 13:55:21 | 10/11/2012 11:23:32 |
| FOR85-JigQuotes-62711.odt | odt | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\86-186 for Dell Murphy\Docs | 18.5 KB | 10/11/2012 11:24:55 | 10/14/2012 13:55:16 | 10/11/2012 11:24:55 |
| FOR85-JigQuotes-6611.odt | odt | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\86-186 for Dell Murphy\Docs | 18.3 KB | 10/11/2012 11:24:55 | 10/14/2012 13:55:16 | 10/11/2012 11:24:55 |
| FOR85-Design6611.docx | docx | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\86-186 for Dell Murphy\Docs | 17.8 KB | 10/11/2012 11:24:55 | 10/14/2012 13:55:16 | 10/11/2012 11:24:55 |
| FOR44-46-ConceptDesign.docx | docx | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RU7YPHK\44-46 | 15.3 KB | 10/11/2012 11:23:47 | 10/14/2012 13:54:53 | 10/11/2012 11:23:47 |
| FS75-71012-Hull.docx | docx | \Path unknown\75 | 14.6 KB | 10/11/2012 11:23:14 | 10/14/2012 13:55:20 | 10/11/2012 11:23:14 |
| FS66-6111-Hull.docx | docx | \Path unknown\FS66-2011-1 | 14.6 KB | 10/11/2012 11:23:32 | 10/14/2012 13:55:21 | 10/11/2012 11:23:32 |
| SY61#179-DesignConfidentialm.doc.docx | docx | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\SY61ips-Mungo\Docs | 14.2 KB | 10/11/2012 11:25:39 | 10/14/2012 13:55:17 | 10/11/2012 11:25:39 |
| SY61#179-Designm.doc.docx | docx | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\SY61ips-Mungo\Docs | 13.8 KB | 10/11/2012 11:25:39 | 10/14/2012 13:55:17 | 10/11/2012 11:25:39 |
| SY61#179-DesignConfidential102010m.doc.docx | docx | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\SY61ips-Mungo\Docs | 13.7 KB | 10/11/2012 11:25:39 | 10/14/2012 13:55:17 | 10/11/2012 11:25:39 |

| | | | | | | |
|---|---|---|---|---|---|---|
| SY45#181-HardtoProfilesInvoice.odt | odt | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\SY45ips-express\Docs | 13.6 KB | 10/11/2012 11:25:26 | 10/14/2012 13:55:17 | 10/11/2012 11:25:26 |
| SY61#179-Design102010m.doc.docx | docx | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\SY61ips-Mungo\Docs | 13.6 KB | 10/11/2012 11:25:39 | 10/14/2012 13:55:17 | 10/11/2012 11:25:39 |
| SY44#187-Gross42411-Hull.docx | docx | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\SY45ips-express\Docs | 13.4 KB | 10/11/2012 11:25:26 | 10/14/2012 13:55:17 | 10/11/2012 11:25:26 |
| SY57#182-31511-Hull.docx | docx | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\SY57-2011\Docs | 13.3 KB | 10/11/2012 11:25:31 | 10/14/2012 13:55:17 | 10/11/2012 11:25:31 |
| SY25-42412-HullRev.doc.docx | docx | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\SY25 for Cliff\Docs | 13.1 KB | 10/11/2012 11:25:19 | 10/14/2012 13:55:17 | 10/11/2012 11:25:19 |
| SY45#181-22411-Hull.docx | docx | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\SY45ips-express\Docs | 13.0 KB | 10/11/2012 11:25:26 | 10/14/2012 13:55:17 | 10/11/2012 11:25:26 |
| DM86-DesignDraw1-1412.odt | odt | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\86-186 for Dell Murphy\Docs | 12.9 KB | 10/11/2012 11:24:55 | 10/14/2012 13:55:16 | 10/11/2012 11:24:55 |
| SY60#180-122410-Hull.docx | docx | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\SY60-Phillips | 12.9 KB | 10/11/2012 11:25:36 | 10/14/2012 13:55:17 | 10/11/2012 11:25:36 |
| DM86-UpperStationJigDeposit-12911.odt | odt | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\86-186 for Dell Murphy\Docs | 12.9 KB | 10/11/2012 11:24:55 | 10/14/2012 13:55:16 | 10/11/2012 11:24:55 |

| | | | | | | |
|---|---|---|---|---|---|---|
| DM86-HouseBalance-12911.odt | odt | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\86-186 for Dell Murphy\Docs | 12.9 KB | 10/11/2012 11:24:55 | 10/14/2012 13:55:16 | 10/11/2012 11:24:55 |
| DM86-MainJigBalance-122011.odt | odt | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\86-186 for Dell Murphy\Docs | 12.8 KB | 10/11/2012 11:24:55 | 10/14/2012 13:55:16 | 10/11/2012 11:24:55 |
| SY25-072210-HuIlm.doc.docx | docx | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\SY25 for Cliff\Docs | 12.8 KB | 10/11/2012 11:25:19 | 10/14/2012 13:55:17 | 10/11/2012 11:25:19 |
| DM86-HouseJigDeposit-102411.odt | odt | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\86-186 for Dell Murphy\Docs | 12.8 KB | 10/11/2012 11:24:55 | 10/14/2012 13:55:16 | 10/11/2012 11:24:55 |
| DM86-UpperJigDeposit-12911.odt | odt | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\86-186 for Dell Murphy\Docs | 12.8 KB | 10/11/2012 11:24:55 | 10/14/2012 13:55:16 | 10/11/2012 11:24:55 |
| FOR85-DesignDepositInvoice62711.odt | odt | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\86-186 for Dell Murphy\Docs | 12.8 KB | 10/11/2012 11:24:55 | 10/14/2012 13:55:16 | 10/11/2012 11:24:55 |
| DM86-MainJigDeposit-102411.odt | odt | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\86-186 for Dell Murphy\Docs | 12.8 KB | 10/11/2012 11:24:55 | 10/14/2012 13:55:16 | 10/11/2012 11:24:55 |
| FOR85-DesignDepositInvoice62311.odt | odt | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\86-186 for Dell Murphy\Docs | 12.8 KB | 10/11/2012 11:24:55 | 10/14/2012 13:55:16 | 10/11/2012 11:24:55 |
| DM86-UpperStationJigBalance41612.odt | odt | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\86-186 for Dell Murphy\Docs | 11.1 KB | 10/11/2012 11:24:55 | 10/14/2012 13:55:16 | 10/11/2012 11:24:55 |

| | | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\86-186 for Dell Murphy\Docs | | | | |
|---|---|---|---|---|---|---|
| DM86-DesignDraw2-31612.odt | odt | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\86-186 for Dell Murphy\Docs | 11.0 KB | 10/11/2012 11:24:55 | 10/14/2012 13:55:16 | 10/11/2012 11:24:55 |
| DM86-DesignBalance101112.odt | odt | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\86-186 for Dell Murphy\Docs | 11.0 KB | 10/11/2012 16:11:03 | 10/14/2012 13:55:08 | 10/11/2012 16:11:05 |
| DM86-PorchJigBalance52312.odt | odt | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\86-186 for Dell Murphy\Docs | 11.0 KB | 10/11/2012 11:24:55 | 10/14/2012 13:55:16 | 10/11/2012 11:24:55 |
| DM86-PorchJigDeposit.odt | odt | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\86-186 for Dell Murphy\Docs | 11.0 KB | 10/11/2012 11:24:55 | 10/14/2012 13:55:16 | 10/11/2012 11:24:55 |
| DM86-UpperJigBalance31612.odt | odt | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\86-186 for Dell Murphy\Docs | 11.0 KB | 10/11/2012 11:24:55 | 10/14/2012 13:55:16 | 10/11/2012 11:24:55 |
| FOR85-Design6611confidential.docx | docx | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\86-186 for Dell Murphy\Docs | 18.4 KB | 10/11/2012 11:24:55 | 10/14/2012 13:55:16 | 10/11/2012 11:24:55 |
| FOR85-Design6611 (2).docx | docx | \Path unknown\S-1-5-21-535135317-1351188031-287495180-1000\$RE0XRFN\86-186 for Dell Murphy\Docs | 17.8 KB | 10/11/2012 11:24:55 | 10/14/2012 13:55:16 | 10/11/2012 11:24:55 |

X.   **E-mails Deleted from the Gateway Computer:**

The table below shows names of email-related files recovered by the forensics tool "X-Ways Forensics" on the Gateway computer, including their sizes and timestamps (UTC – 4, Eastern Daylight Time or UTC – 5, Eastern Standard Time as appropriate).  The contents of these files were mostly unrecoverable (deleted and wiped by ccleaner).  I

have highlighted in red, the folders for the "Owner," "Steve," and "Administrator,"
where e-mails, and contact information, were stored and then deleted.   You will note
there is no user account shown in this chart for the primary user "Stephen Matthews,"
likely due to his user account being deleted.  Instead, shown is the "Owner" user
account which was set up on 10/14/2012 at 16:23:06 local time.  Also shown is the
"Steve" user account which was set up on 10/23/2012 at 11:41:03 local time.

| Name | Type | Path | Size | Created | Modified | Accessed |
|---|---|---|---|---|---|---|
| Disk.id | ascii | \Program Files (x86)\Creative\THX TruStudio PC | 38 B | 5/8/2010 1:35:08 | 2/21/2010 21:19:58 | 5/8/2010 1:35:08 |
| DataStore.edb | edb | \Windows\SoftwareDistribution\DataStore | 240 MB | 5/8/2010 1:29:51 | 12/4/2012 17:05:29 | 5/8/2010 1:29:51 |
| Windows.edb | edb | \ProgramData\Microsoft\Search\Data\Applications\Windows | 40.1 MB | 10/14/2012 17:09:49 | 12/4/2012 16:15:16 | 10/14/2012 17:09:49 |
| tmp.edb | edb | \ProgramData\Microsoft\Search\Data\Applications\Windows | 8.1 MB | 12/4/2012 16:15:16 | 12/4/2012 16:15:16 | 12/4/2012 16:15:16 |
| WindowsMail.MSMessageStore | msmessagestore | \Users\Owner\AppData\Local\Microsoft\Windows Mail\Backup\new | 2.0 MB | 10/15/2012 9:14:14 | 10/15/2012 9:14:14 | 10/15/2012 9:14:14 |
| WindowsMail.MSMessageStore | msmessagestore | \Users\Steve\AppData\Local\Microsoft\Windows Mail\Backup\new | 2.0 MB | 10/23/2012 11:50:14 | 10/23/2012 11:50:14 | 10/23/2012 11:50:14 |
| WindowsMail.MSMessageStore | msmessagestore | \Users\Owner\AppData\Local\Microsoft\Windows Mail | 2.0 MB | 10/15/2012 9:14:14 | 10/15/2012 9:14:24 | 10/15/2012 9:14:14 |
| WindowsMail.MSMessageStore | msmessagestore | \Users\Steve\AppData\Local\Microsoft\Windows Mail | 2.0 MB | 10/23/2012 11:50:13 | 10/23/2012 11:50:23 | 10/23/2012 11:50:13 |
| WindowsMail.MSMessageStore | msmessagestore | \Users\Administrator\AppData\Local\Microsoft\Windows Mail | 2.0 MB | 10/23/2012 12:00:16 | 10/23/2012 12:00:20 | 10/23/2012 12:00:16 |
| tmp.edb | edb | \Windows\SoftwareDistribution\DataStore\Logs | 512 KB | 8/3/2010 8:44:46 | 8/3/2010 8:44:46 | 8/3/2010 8:44:46 |
| tmp.edb | edb | \Windows\SoftwareDistribution\DataStore\Logs | 512 KB | 10/10/2012 8:08:16 | 10/10/2012 8:08:16 | 10/10/2012 8:08:16 |
| FPEXT.MSG | msg | \Program Files (x86)\Common Files\microsoft shared\Web Server Extensions\12\BIN\1033 | 160 KB | 10/26/2006 22:10:06 | 10/26/2006 22:10:06 | 4/21/2010 3:26:12 |

| Administrator.c ontact | contact | \Users\Administrator\Co ntacts | 66.8 KB | 10/23/2012 12:00:16 | 10/23/2012 12:00:16 | 10/23/2012 12:00:16 |
|---|---|---|---|---|---|---|
| Owner.contact | contact | \Users\Owner\Contacts | 66.8 KB | 10/15/2012 9:14:13 | 10/15/2012 9:14:13 | 10/15/2012 9:14:13 |
| Steve.contact | contact | \Users\Steve\Contacts | 66.8 KB | 10/23/2012 11:50:12 | 10/23/2012 11:50:12 | 10/23/2012 11:50:12 |
| Segment0.toc | toc | \Windows\rescache\rc00 12 | 46.9 KB | 6/20/2012 17:19:11 | 6/20/2012 17:19:11 | 6/20/2012 17:19:11 |
| Segment1.toc | toc | \Windows\rescache\rc00 12 | 46.9 KB | 6/20/2012 17:19:12 | 6/20/2012 17:19:12 | 6/20/2012 17:19:12 |
| Segment2.toc | toc | \Windows\rescache\rc00 12 | 46.9 KB | 6/20/2012 17:19:12 | 6/20/2012 17:19:12 | 6/20/2012 17:19:12 |
| Segment0.toc | toc | \Windows\rescache\rc00 13 | 46.9 KB | 9/27/2012 3:57:45 | 9/27/2012 3:57:45 | 9/27/2012 3:57:45 |
| Segment1.toc | toc | \Windows\rescache\rc00 13 | 46.9 KB | 9/27/2012 3:57:45 | 9/27/2012 3:57:45 | 9/27/2012 3:57:45 |
| Segment2.toc | toc | \Windows\rescache\rc00 13 | 46.9 KB | 9/27/2012 3:57:46 | 9/27/2012 3:57:46 | 9/27/2012 3:57:46 |
| Segment3.toc | toc | \Windows\rescache\rc00 13 | 46.9 KB | 9/27/2012 3:57:46 | 9/27/2012 3:57:46 | 9/27/2012 3:57:46 |
| unins000.msg | msg | \Program Files (x86)\IObit\Advanced SystemCare 4 | 20.4 KB | 10/7/2011 16:41:53 | 10/7/2011 16:41:53 | 10/7/2011 16:41:53 |
| MAIL.OFT | oft | \Program Files (x86)\Microsoft Office\Templates\1033 | 12.0 KB | 9/27/2005 3:16:48 | 9/27/2005 3:16:48 | 7/8/2010 11:16:51 |
| unins000.msg | msg | \Program Files (x86)\Spybot - Search & Destroy | 10.7 KB | 7/7/2010 21:59:52 | 7/7/2010 21:59:52 | 7/7/2010 21:59:52 |
| unins000.msg | msg | \Program Files (x86)\Northstar\Photo Frame | 10.3 KB | 4/21/2010 3:36:10 | 4/21/2010 3:36:10 | 4/21/2010 3:36:10 |
| unins000.msg | msg | \Program Files (x86)\Malwarebytes' Anti-Malware | 10.3 KB | 7/7/2010 21:56:49 | 3/21/2012 15:39:18 | 7/7/2010 21:56:49 |
| account{9AC61 F07-FBE4-4AFB-80F3-4E7E806604D5 }.oeaccount | oeaccou nt | \Users\Owner\AppData\ Local\Microsoft\Window s Mail | 1.7 KB | 10/15/2012 9:14:20 | 10/15/2012 9:14:20 | 10/15/2012 9:14:20 |
| account{B0A45 B13-8BF8-4606-B1F6-EB32D7589DA 8}.oeaccount | oeaccou nt | \Users\Steve\AppData\L ocal\Microsoft\Windows Mail | 1.7 KB | 10/23/2012 11:50:19 | 10/23/2012 11:50:19 | 10/23/2012 11:50:19 |

| | | | | | | |
|---|---|---|---|---|---|---|
| account{1A3C8631-D6B2-4A01-BE7F-C32E1630EBA0}.oeaccount | oeaccount | \Users\Administrator\AppData\Local\Microsoft\Windows Mail | 1.7 KB | 10/23/2012 12:00:17 | 10/23/2012 12:00:17 | 10/23/2012 12:00:17 |
| account{21049F50-6EAE-4CAE-86B3-ACA8156FCED4}.oeaccount | oeaccount | \Users\Owner\AppData\Local\Microsoft\Windows Mail | 1.5 KB | 10/15/2012 9:14:20 | 10/15/2012 9:14:20 | 10/15/2012 9:14:20 |
| account{03DB379D-AE84-4464-B720-1EA77A14F0C4}.oeaccount | oeaccount | \Users\Steve\AppData\Local\Microsoft\Windows Mail | 1.5 KB | 10/23/2012 11:50:19 | 10/23/2012 11:50:19 | 10/23/2012 11:50:19 |
| account{A72EE65F-1D12-40DD-B5C7-6665291DD805}.oeaccount | oeaccount | \Users\Administrator\AppData\Local\Microsoft\Windows Mail | 1.5 KB | 10/23/2012 12:00:17 | 10/23/2012 12:00:17 | 10/23/2012 12:00:17 |
| account{654144BE-6084-4B44-8414-73CBD1A16B9D}.oeaccount | oeaccount | \Users\Owner\AppData\Local\Microsoft\Windows Mail | 0.7 KB | 10/15/2012 9:14:20 | 10/15/2012 9:14:20 | 10/15/2012 9:14:20 |
| account{FC7C3B2D-8A30-4F9D-8154-1445DDB4ECEB}.oeaccount | oeaccount | \Users\Steve\AppData\Local\Microsoft\Windows Mail | 0.7 KB | 10/23/2012 11:50:19 | 10/23/2012 11:50:19 | 10/23/2012 11:50:19 |
| account{BED6BA17-FAB7-4F7F-AF8D-9967E4AD3BDC}.oeaccount | oeaccount | \Users\Administrator\AppData\Local\Microsoft\Windows Mail | 0.7 KB | 10/23/2012 12:00:17 | 10/23/2012 12:00:17 | 10/23/2012 12:00:17 |
| IPM.Note.eml | eml | \Program Files (x86)\Microsoft Office\Templates\1033\MAIL.OFT | 152 B | 8/27/1996 16:59:13 | 8/27/1996 16:59:13 | |
| DataStore.edb | edb | \Path unknown | 240 MB | 5/8/2010 1:29:51 | 10/14/2012 17:13:56 | 5/8/2010 1:29:51 |
| DataStore.edb | edb | \Path unknown | 240 MB | 5/8/2010 1:29:51 | 12/4/2012 15:17:07 | 5/8/2010 1:29:51 |
| DataStore.edb | edb | \Path unknown | 240 MB | 5/8/2010 1:29:51 | 12/4/2012 15:17:07 | 5/8/2010 1:29:51 |

| File | Ext | Path | Size | Created | Modified | Accessed |
|---|---|---|---|---|---|---|
| DataStore.edb | edb | \Path unknown | 240 MB | 5/8/2010 1:29:51 | 10/15/2012 3:00:22 | 5/8/2010 1:29:51 |
| DataStore.edb | edb | \Path unknown | 240 MB | 5/8/2010 1:29:51 | 10/14/2012 17:13:56 | 5/8/2010 1:29:51 |
| DataStore.edb | edb | \Path unknown | 240 MB | 5/8/2010 1:29:51 | 12/4/2012 15:47:56 | 5/8/2010 1:29:51 |
| DataStore.edb | edb | \Path unknown | 240 MB | 5/8/2010 1:29:51 | 10/15/2012 3:00:22 | 5/8/2010 1:29:51 |
| DataStore.edb | edb | \Path unknown | 240 MB | 5/8/2010 1:29:51 | 12/4/2012 15:47:56 | 5/8/2010 1:29:51 |
| Windows.edb | edb | \Path unknown | 72.1 MB | 10/14/2012 17:09:49 | 10/14/2012 17:09:51 | 10/14/2012 17:09:49 |
| Windows.edb | edb | \Path unknown | 72.1 MB | 10/14/2012 17:09:49 | 10/14/2012 17:09:51 | 10/14/2012 17:09:49 |
| Windows.edb | edb | \Path unknown | 72.1 MB | 10/14/2012 17:09:49 | 10/14/2012 17:09:51 | 10/14/2012 17:09:49 |
| Windows.edb | edb | \Path unknown | 72.1 MB | 10/14/2012 17:09:49 | 10/14/2012 17:09:51 | 10/14/2012 17:09:49 |
| tmp.edb | edb | \Path unknown | 8.1 MB | 10/14/2012 13:47:56 | 10/14/2012 13:47:56 | 10/14/2012 13:47:56 |
| tmp.edb | edb | \Path unknown | 8.1 MB | 10/14/2012 15:44:52 | 10/14/2012 15:44:52 | 10/14/2012 15:44:52 |
| tmp.edb | edb | \Path unknown | 8.1 MB | 10/14/2012 17:09:49 | 10/14/2012 17:09:49 | 10/14/2012 17:09:49 |
| tmp.edb | edb | \Path unknown | 8.1 MB | 10/15/2012 3:27:26 | 10/15/2012 3:27:26 | 10/15/2012 3:27:26 |
| tmp.edb | edb | \Path unknown | 8.1 MB | 10/23/2012 10:02:14 | 10/23/2012 10:02:14 | 10/23/2012 10:02:14 |
| tmp.edb | edb | \Path unknown | 8.1 MB | 10/23/2012 10:19:23 | 10/23/2012 10:19:23 | 10/23/2012 10:19:23 |
| tmp.edb | edb | \Path unknown | 8.1 MB | 12/4/2012 15:15:14 | 12/4/2012 15:15:14 | 12/4/2012 15:15:14 |
| tmp.edb | edb | \Path unknown | 8.1 MB | 12/4/2012 15:35:36 | 12/4/2012 15:35:36 | 12/4/2012 15:35:36 |
| YFFJBN.PFC | pfc | \Path unknown\Autodesk\Inventor 2011\Environments\StuttgartCourtyard | 6.1 MB | 11/11/2009 9:31:40 | 10/14/2012 16:32:50 | 7/14/2010 11:06:15 |
| SJWQMRAT.PMI | pmi | \Path unknown | 5.3 MB | 2/25/2012 12:24:48 | 10/14/2012 16:39:09 | 2/25/2012 12:24:48 |
| SOVGUWAN.TBB | tbb | \Path unknown | 2.4 MB | 4/21/2010 4:10:40 | 10/14/2012 16:25:35 | 4/21/2010 4:10:40 |

| | | | | | | |
|---|---|---|---|---|---|---|
| OAGHKD.BOX | box | \Path unknown\en-us\Mdt\Program Files\Autodesk\Root\Acadm\Gef\Slb | 817 KB | 2/22/2008 7:49:54 | 10/14/2012 16:48:02 | 2/22/2008 7:49:54 |
| OPWS.ORG | org | \Path unknown\en-us\Acad\Program Files\Root\Support | 800 KB | 2/20/2001 0:46:14 | 10/14/2012 16:47:47 | 2/20/2001 0:46:14 |
| QVORXXQJ.SMD | smd | \Path unknown\en-us\Acad\Program Files\Root\Help | 650 KB | 1/18/2008 0:05:34 | 10/14/2012 16:47:40 | 1/18/2008 0:05:34 |
| FXBMQBVFBX.OFT | oft | \Path unknown\McNeel\Rhinoceros\4.0 | 622 KB | 10/17/2007 8:31:06 | 10/14/2012 16:27:01 | 7/19/2012 10:52:26 |
| tmp.edb | edb | \Path unknown | 512 KB | 10/14/2012 13:49:25 | 10/14/2012 13:49:25 | 10/14/2012 13:49:25 |
| tmp.edb | edb | \Path unknown | 512 KB | 10/15/2012 3:00:22 | 10/15/2012 3:00:22 | 10/15/2012 3:00:22 |
| tmp.edb | edb | \Path unknown | 512 KB | 10/16/2012 3:00:22 | 10/16/2012 3:00:22 | 10/16/2012 3:00:22 |
| tmp.edb | edb | \Path unknown | 512 KB | 10/23/2012 10:02:17 | 10/23/2012 10:02:17 | 10/23/2012 10:02:17 |
| tmp.edb | edb | \Path unknown | 512 KB | 10/23/2012 10:19:25 | 10/23/2012 10:19:25 | 10/23/2012 10:19:25 |
| tmp.edb | edb | \Path unknown | 512 KB | 12/4/2012 15:17:07 | 12/4/2012 15:17:07 | 12/4/2012 15:17:07 |
| TOFLGOCLMPDGOYWAJXPNCNSXLYHENXWESIPDNSLFQLSLOZPRPGFSE.IMM | imm | \Path unknown\Application Data\Autodesk\Textures | 508 KB | 1/24/2005 11:58:20 | 10/14/2012 16:46:58 | 1/24/2005 11:58:20 |
| OFFTNT.SNM | snm | \OFFICE_2007\Admin\it-it | 425 KB | 7/7/2010 16:15:33 | 10/14/2012 16:25:57 | 7/7/2010 16:15:33 |
| PNNUDUVUIEZ.MBG | mbg | \Path unknown\en-us\Acad\Program Files\Common Files\Autodesk Shared\esp | 225 KB | 2/10/2008 9:33:10 | 10/14/2012 16:47:19 | 2/10/2008 9:33:10 |
| YZJQFTAUEYEKHXETQTFUFJXP.CCM | ccm | \Path unknown\en-us\Acad\Program Files\Root\Sample\Dynamic Blocks | 201 KB | 2/8/2006 4:44:08 | 10/14/2012 16:47:45 | 2/8/2006 4:44:08 |
| CMHPFXTHKAQOQDIURETRGNRJA.FLB | flb | \Path unknown | 163 KB | 4/21/2010 3:44:56 | 10/14/2012 16:27:35 | 4/21/2010 3:44:56 |

| | | | | | | |
|---|---|---|---|---|---|---|
| CTYRPJPPYTTK.VCF | vcf | \Path unknown\Autodesk\Inventor 2011\Catalog\Geometric Shapes | 161 KB | 1/26/2009 13:57:34 | 10/14/2012 16:32:00 | 7/14/2010 11:05:31 |
| VYMADLWJ.OLK | olk | \Path unknown\en-us\Mdt\Program Files\Autodesk\Root\Acadm\Tutorial | 118 KB | 2/22/2008 7:12:52 | 10/14/2012 16:48:18 | 2/22/2008 7:12:52 |
| LWUSWWR.VMG | vmg | \Path unknown\Autodesk\Inventor 2011\Textures\surfaces | 117 KB | 8/14/2001 14:31:08 | 10/14/2012 16:33:03 | 7/14/2010 11:04:58 |
| PEKHWM.EML | eml | \Path unknown\Autodesk\ACADM 2011\ACADM\Gef\Gdb\SYS\Fstn\Accss\Clamps | 116 KB | 10/29/2009 20:08:07 | 10/14/2012 16:30:40 | 7/14/2010 11:13:26 |
| COYNDYOUCKRRFYPRVSQRVTSSTFAXURQIZZS.CCM | ccm | \Path unknown | 104 KB | 6/16/2011 15:39:15 | 10/14/2012 16:34:47 | 10/11/2012 15:39:14 |
| ZCCKET.MSF | msf | \Path unknown\Gef\Gdb\din\Form | 99.4 KB | 2/22/2008 7:47:26 | 10/14/2012 16:42:02 | 2/22/2008 7:47:26 |
| NKJCPYKA.VMG | vmg | \Path unknown | 94.5 KB | 4/21/2010 4:10:33 | 10/14/2012 16:25:21 | 4/21/2010 4:10:33 |
| JMNGGMNSRVWIW.NSF | nsf | \Path unknown\Autodesk\Inventor 2011\Templates\English | 83.0 KB | 2/18/2010 3:14:58 | 10/14/2012 16:32:53 | 7/14/2010 11:08:44 |
| ODZOTI.MSO | mso | \Path unknown\Autodesk\ACADM 2011\ACADM\Gef\Gdb\SYS\Shft\AdjRing | 72.9 KB | 2/8/2009 23:35:16 | 10/14/2012 16:31:26 | 7/14/2010 11:13:11 |
| QDMAVJ.FAV | fav | \Path unknown\Autodesk\ACADM 2011\ACADM\Gef\Gdb\SYS\Fstn\Screw\Tap\ShtMtl\Cnvntnl\Poly\Plain | 72.0 KB | 2/8/2009 22:18:34 | 10/14/2012 16:31:22 | 7/14/2010 11:14:18 |
| JHOY.MSB | msb | \Path unknown\Autodesk\ACADM 2011\ACADM\Gef\Gdb\SYS\Fstn\Nut\Poly\Flng | 62.8 KB | 2/17/2010 8:35:34 | 10/14/2012 16:30:42 | 7/14/2010 11:13:47 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | \Path unknown\Autodesk\ACADM 2011\ACADM\Gef\Gdb\SYS\Fstn\Screw\Tap\RglrThr\Cnvntnl\Cnsk\Slttd | | | | |
| FTBCYECX.TOC | toc | | 60.6 KB | 2/8/2009 22:24:18 | 10/14/2012 16:31:06 | 7/14/2010 11:15:00 |
| XBSRPNVNU.FLB | flb | \Path unknown\Gef | 57.3 KB | 2/22/2008 23:19:26 | 10/14/2012 16:42:00 | 2/22/2008 23:19:26 |
| YBDEIO.SDM | sdm | \Path unknown\en-us\Mdt\Program Files\Autodesk\Root\Acadm\Gef\Gdb\ANSI\FORM | 53.2 KB | 2/22/2008 7:47:36 | 10/14/2012 16:48:01 | 2/22/2008 7:47:36 |
| XULN.MBG | mbg | \Path unknown\Mechanical Desktop 2009\MDT\MDT\x64\Program Files\Autodesk\Root\Acadm\gef\Gdb\as\Shft\Gasket\ORng | 53.1 KB | 2/22/2008 13:18:22 | 10/14/2012 16:42:44 | 2/22/2008 13:18:22 |
| KYTG.PMM | pmm | \Path unknown\Packages\Apps\CIM\Win64 | 41.5 KB | 6/3/2010 14:19:28 | 10/14/2012 16:23:35 | 7/7/2010 22:38:00 |
| HOZMMQ.PCE | pce | \Path unknown\Autodesk\ACADM 2011\ACADM\Gef\Gdb\SYS\Fstn\Rivet\Cnsk | 41.2 KB | 2/8/2009 22:49:26 | 10/14/2012 16:30:47 | 7/14/2010 11:13:25 |
| LWYVCYR.PCE | pce | \Path unknown | 38.7 KB | 4/21/2010 4:10:36 | 10/14/2012 16:25:30 | 4/21/2010 4:10:36 |
| IUKXANNS.MBG | mbg | \Path unknown\en-us\Mdt\Program Files\Autodesk\Root\Acadm\Gef\Dwg | 35.9 KB | 2/22/2008 7:47:36 | 10/14/2012 16:48:00 | 2/22/2008 7:47:36 |
| MKHFF.MSG | msg | \Path unknown | 34.9 KB | 4/21/2010 4:10:48 | 10/14/2012 16:25:44 | 4/21/2010 4:10:48 |
| TJZJIZMMLA.CNM | cnm | \Path unknown\Mechanical Desktop 2009\MDT\Docs | 21.9 KB | 2/22/2008 7:25:16 | 10/14/2012 16:40:45 | 2/22/2008 7:25:16 |

| | | | | | | |
|---|---|---|---|---|---|---|
| RXDO.RWZ | rwz | \Path unknown\Mechanical Desktop 2009\MDT\MDT\x64\Program Files\Autodesk\Root\Acadm\gef\Gdb\din\feat\Shft\Profile\Outr | 17.0 KB | 2/22/2008 13:18:50 | 10/14/2012 16:42:54 | 2/22/2008 13:18:50 |
| VUUDMNL.MSG | msg | \Path unknown | 15.1 KB | 2/7/2012 15:12:26 | 10/14/2012 16:24:41 | 2/7/2012 15:12:26 |
| ZGEVD.SDM | sdm | \Msft ALL Office 2oo7\Publisher.WW | 11.7 KB | 7/7/2010 16:15:17 | 10/14/2012 16:24:31 | 7/7/2010 16:15:17 |

| | | | | | | |
|---|---|---|---|---|---|---|
| DXCGLG.CNR | cnr | \Path unknown\Program Files\Autodesk\Root\Acadm\gef | 11.3 KB | 2/22/2008 13:51:12 | 10/14/2012 16:50:23 | 2/22/2008 13:51:12 |
| FLPW.EDB | edb | \Path unknown\Mechanical Desktop 2009\MDT\MDT\x64\Program Files\Autodesk\Root\Acadm\gef\Gdb\din\Fstn\Screw\Poly\Flng | 7.4 KB | 2/22/2008 13:18:52 | 10/14/2012 16:42:55 | 2/22/2008 13:18:52 |
| NACGHXPBGTKNWZSL.IAF | iaf | \Path unknown\Autodesk\Inventor 2011\Design Data\Design Accelerator\Tables\VBelts\Grooves | 6.9 KB | 11/24/2005 0:38:36 | 10/14/2012 16:32:42 | 7/14/2010 11:06:49 |
| GGUNPHEH.OLK | olk | \Path unknown\Mechanical Desktop 2009\MDT\MDT\x64\Program Files\Autodesk\Root\Acadm\gef\Gdb\SYS\Feat\OThread\WithEnd | 5.2 KB | 2/22/2008 7:48:10 | 10/14/2012 16:43:39 | 2/22/2008 7:48:10 |
| JZACFIAWMVIXDBKSFSAQ.MBG | mbg | \Path unknown | 2.8 KB | 8/2/2005 1:05:06 | 10/14/2012 16:32:24 | 7/14/2010 11:06:37 |
| FEAPNDIPTWRLZKCSQP.MSF | msf | \Path unknown | 2.8 KB | 4/21/2010 4:10:43 | 10/14/2012 16:25:36 | 4/21/2010 4:10:43 |

| | | | | | | |
|---|---|---|---|---|---|---|
| IXTOLMJ.EMZ | emz | \Path unknown\Mechanical Desktop 2009\MDT\MDT\x64\Program Files\Autodesk\Root\Acadm\gef\Gdb\sfs\Feat\Shft\Center\Thrdlss | 2.4 KB | 2/22/2008 13:19:56 | 10/14/2012 16:43:20 | 2/22/2008 13:19:56 |
| AHBXTMLIRMPVHAVKIEXTOKEHQGFF.OST | ost | \Path unknown\Application Data\Autodesk\WebFiles | 2.2 KB | 9/22/2005 2:04:54 | 10/14/2012 16:47:15 | 9/22/2005 2:04:54 |
| BSSFNCJUSDUVQRT.SMD | smd | \Path unknown\Autodesk\Autodesk Mechanical Desktop 2009\R17.2\enu\Recent\Select File | 1.2 KB | 3/3/2012 20:52:33 | 10/14/2012 16:40:05 | 3/3/2012 20:52:33 |
| SMKUYWVZMYCNMCHCYIVM.NSF | nsf | \Path unknown\Autodesk\Autodesk Mechanical Desktop 2009\R17.2\enu\Recent\Select File | 1.2 KB | 1/12/2011 16:58:12 | 10/14/2012 16:40:04 | 1/12/2011 16:58:12 |
| QKRGDBZORUYUCFYNE.SNM | snm | \Path unknown\Autodesk\Autodesk Mechanical Desktop 2009\R17.2\enu\Recent\Save Drawing As | 1.1 KB | 9/19/2012 17:19:29 | 10/14/2012 16:39:52 | 9/19/2012 17:19:29 |
| GUONPTVFLCKPXWVSJBUNGKMKAPYMHA.MBS | mbs | \Path unknown\OpenOffice.org3\user\registry\cache | 0.6 KB | 4/18/2011 16:51:55 | 10/14/2012 16:40:36 | 4/18/2011 16:51:55 |
| WEMGZKTUFKA.IMM | imm | \Path unknown\Autodesk\AutoCAD Mechanical 2011\R18.1\enu\Acadm\Template\PTWTemplates\Support | 338 B | 11/17/2000 18:15:54 | 10/14/2012 16:34:53 | 7/14/2010 11:16:17 |
| ATRVYIICZJPTMJJ.IMM | imm | \Path unknown\Autodesk\ADR\2011\{54DBD4EB-91E6-4fd4-9BCD-0FD1E20975AA}\11.0.0.86\MC3 | 216 B | 7/15/2010 8:07:28 | 10/14/2012 16:26:12 | 7/15/2010 8:07:28 |
| UIBRROREPYHSW.IMB | imb | \Path unknown\en-us\Acad\Program Files\Root | 0 B | 2/10/2008 9:32:44 | 10/14/2012 16:47:33 | 2/10/2008 9:32:44 |

| | | | | | | |
|---|---|---|---|---|---|---|
| CZMSKOXT.IMH | imh | \Path unknown | 0 B | 3/21/2012 9:51:48 | 10/14/2012 16:39:04 | 3/21/2012 9:51:48 |
| DataStore.edb | edb | \Path unknown | 240 MB | 5/8/2010 1:29:51 | 10/23/2012 10:02:17 | 5/8/2010 1:29:51 |
| DataStore.edb | edb | \Path unknown | 240 MB | 5/8/2010 1:29:51 | 10/23/2012 10:02:17 | 5/8/2010 1:29:51 |
| DataStore.edb | edb | \Path unknown | 240 MB | 5/8/2010 1:29:51 | 10/16/2012 3:00:22 | 5/8/2010 1:29:51 |
| DataStore.edb | edb | \Path unknown | 240 MB | 5/8/2010 1:29:51 | 10/16/2012 3:00:22 | 5/8/2010 1:29:51 |
| DataStore.edb | edb | \Path unknown | 240 MB | 5/8/2010 1:29:51 | 10/23/2012 10:19:25 | 5/8/2010 1:29:51 |
| DataStore.edb | edb | \Path unknown | 240 MB | 5/8/2010 1:29:51 | 10/23/2012 10:19:25 | 5/8/2010 1:29:51 |
| DataStore.edb | edb | \Path unknown | 240 MB | 5/8/2010 1:29:51 | 12/4/2012 17:02:41 | 5/8/2010 1:29:51 |
| DataStore.edb | edb | \Path unknown | 240 MB | 5/8/2010 1:29:51 | 12/4/2012 17:02:41 | 5/8/2010 1:29:51 |

**XI.   Internet Records:**

A spreadsheet file containing Internet-related records recovered by the forensics tool "X-Ways Forensics" is submitted separately due to its size (6,851 rows, 1.1 MB).  A review of this spreadsheet will show that the internet browsing history has been deleted, apparently by Ccleaner.

**XII.   No Quickbooks Files:**

There are no active QuickBooks QBW or QBB files on the computer and were apparently deleted when the rest of the deletions took place.   The QuickBooks' Data folder: C:\Program Files (x86)\Intuit\QuickBooks 2010\Data, was deleted on 12/04/2012, 15:28:03, and reset on 12/04/2012, 15:28:21.  All times reported above are based on local, Eastern Standard time (UTC – 5).

**XIII.   No Quickbooks Backup Files:**

There is evidence that numerous QuickBooks Backup were made often, but they have been deleted as well.  There is a text file that was last modified on 10/11/2012 15:39:14, that appeared to be a log file for when QuickBooks created its backup copies.  The entire contents (20 lines) are listed below:

BACKUP, 5.0, Matthews Yacht Design, LLC..QBW, ASAn, '20100826153300.000', QBAdminGroup, Full, Imag, C:\Users\Public\Documents\Intuit\QuickBooks\Company Files\QBBackupTemp Thu, Aug 26 2010 03 33 39 PM, ''

BACKUP, 5.0, Matthews Yacht Design, LLC..QBW, ASAn, '20100920103200.000',

QBAdminGroup, Full, Imag, C:\Users\Public\Documents\Intuit\QuickBooks\Company Files\QBBackupTemp Mon, Sep 20 2010 10 32 37 AM, ''

BACKUP, 5.0, Matthews Yacht Design, LLC..QBW, ASAn, '20101020111700.000', QBAdminGroup, Full, Imag, C:\Users\Public\Documents\Intuit\QuickBooks\Company Files\QBBackupTemp Wed, Oct 20 2010 11 17 39 AM, ''

BACKUP, 5.0, Matthews Yacht Design, LLC..QBW, ASAn, '20101103093800.000', QBAdminGroup, Full, Imag, C:\Users\Public\Documents\Intuit\QuickBooks\Company Files\QBBackupTemp Wed, Nov 03 2010 09 38 42 AM, ''

BACKUP, 5.0, Matthews Yacht Design, LLC..QBW, ASAn, '20101130122400.000', QBAdminGroup, Full, Imag, C:\Users\Public\Documents\Intuit\QuickBooks\Company Files\QBBackupTemp Tue, Nov 30 2010 12 24 20 PM, ''

BACKUP, 5.0, Matthews Yacht Design, LLC..QBW, ASAn, '20101221160600.000', QBAdminGroup, Full, Imag, C:\Users\Public\Documents\Intuit\QuickBooks\Company Files\QBBackupTemp Tue, Dec 21 2010 04 06 34 PM, ''

BACKUP, 5.0, Matthews Yacht Design, LLC..QBW, ASAn, '20110127112700.000', QBAdminGroup, Full, Imag, C:\Users\Public\Documents\Intuit\QuickBooks\Company Files\QBBackupTemp Thu, Jan 27 2011 11 27 04 AM, ''

BACKUP, 5.0, Matthews Yacht Design, LLC..QBW, ASAn, '20110216181200.000', QBAdminGroup, Full, Imag, C:\Users\Public\Documents\Intuit\QuickBooks\Company Files\QBBackupTemp Wed, Feb 16 2011 06 12 20 PM, ''

BACKUP, 5.0, Matthews Yacht Design, LLC..QBW, ASAn, '20110307132500.000', QBAdminGroup, Full, Imag, C:\Users\Public\Documents\Intuit\QuickBooks\Company Files\QBBackupTemp Mon, Mar 07 2011 01 25 13 PM, ''

BACKUP, 5.0, Matthews Yacht Design, LLC..QBW, ASAn, '20110315122700.000', QBAdminGroup, Full, Imag, C:\Users\Public\Documents\Intuit\QuickBooks\Company Files\QBBackupTemp Tue, Mar 15 2011 12 27 31 PM, ''

BACKUP, 5.0, Matthews Yacht Design, LLC..QBW, ASAn, '20110510144700.000', QBAdminGroup, Full, Imag, C:\Users\Public\Documents\Intuit\QuickBooks\Company Files\QBBackupTemp Tue, May 10 2011 02 47 02 PM, ''

BACKUP, 5.0, Matthews Yacht Design, LLC..QBW, ASAn, '20110616153900.000', QBAdminGroup, Full, Imag, C:\Users\Public\Documents\Intuit\QuickBooks\Company Files\QBBackupTemp Thu, Jun 16 2011 03 39 14 PM, ''

BACKUP, 5.0, Matthews Yacht Design, LLC..QBW, ASAn, '20110712111100.000', QBAdminGroup, Full, Imag, C:\Users\Public\Documents\Intuit\QuickBooks\Company Files\QBBackupTemp Tue, Jul 12 2011 11 11 15 AM, ''

BACKUP, 5.0, Matthews Yacht Design, LLC..QBW, ASAn, '20110725143200.000', QBAdminGroup, Full, Imag, C:\Users\Public\Documents\Intuit\QuickBooks\Company Files\QBBackupTemp Mon, Jul 25 2011 02 32 01 PM, ''

BACKUP, 5.0, Matthews Yacht Design, LLC..QBW, ASAn, '20110811142600.000', QBAdminGroup, Full, Imag, C:\Users\Public\Documents\Intuit\QuickBooks\Company Files\QBBackupTemp Thu, Aug 11 2011 02 26 48 PM, ''

BACKUP, 5.0, Matthews Yacht Design, LLC..QBW, ASAn, '20110829121800.000', QBAdminGroup, Full, Imag, C:\Users\Public\Documents\Intuit\QuickBooks\Company Files\QBBackupTemp Mon, Aug 29 2011 12 18 14 PM, ''

BACKUP, 5.0, Matthews Yacht Design, LLC..QBW, ASAn, '20110912085600.000', QBAdminGroup, Full, Imag, C:\Users\Public\Documents\Intuit\QuickBooks\Company Files\QBBackupTemp Mon, Sep 12 2011 08 56 29 AM, ''

BACKUP, 5.0, Matthews Yacht Design, LLC..QBW, ASAn, '20110912090000.000', QBAdminGroup, Full, Imag, C:\Users\Public\Documents\Intuit\QuickBooks\Company Files\QBBackupTemp Mon, Sep 12 2011 09 00 42 AM, ''

BACKUP, 5.0, Matthews Yacht Design, LLC..QBW, ASAn, '20110919094800.000', QBAdminGroup, Full, Imag, C:\Users\Public\Documents\Intuit\QuickBooks\Company Files\QBBackupTemp Mon, Sep 19 2011 09 48 05 AM, ''

BACKUP, 5.0, Matthews Yacht Design, LLC..QBW, ASAn, '20121011153900.000', QBAdminGroup, Full, Imag, C:\Users\Public\Documents\Intuit\QuickBooks\Company Files\QBBackupTemp Thu, Oct 11 2012 03 39 14 PM, ''

## XIV.   Attempt to Open  QuickBooks QBW file:

Using QuickBooks QBW file's unique file signatures and data carving technique I identified three QBW files of sizes, 2,125,824 bytes, 5,754,880 bytes, and 2,125,824 bytes, respectively.  However, when I tried to use the password "$portfish" and user ID "MatthewsYachtDesign" which I have been told were written on the license and product numbers for this software.  I could not open these QBW files using QuickBooks, possibly due to incorrect user name and/or incorrect password.

## XV.   USB Devices That Have Been Mounted to the Gateway Computer:

The below list shows the USB devices that have been mounted to the Gateway computer, including the devices' vendor names and device Ids, and the first time when the devices were connected, and last time when the devices were registered with the computer:

| Device Vendor and Product Name | Device Serial Number or ID | Device's First Connection Time | Last Written Time |
|---|---|---|---|
| Patriot_Memory_PMAP | | | 10/15/2012 |
| | | 10/7/2011 | |
| | 07A90F01654F653E&0 | 20:28:05 UTC | 20:33:39 UTC |
| | | 2/19/2012 | 10/15/2012 |
| Toshiba_3.5"External_Har_1AQ1 | YB033543DN00&0 | 17:12:20 UTC | 20:33:39 UTC |

| | | | |
|---|---|---|---|
| Brother_MFC-J630W_1.00 | 8&313c9ad8&0&BROD0F3217<br>99&0 | 7/21/2010 15:00:24 UTC | 10/23/2012 17:57:19 UTC |
| Generic-Compact_Flash_1.00 | 8&35ccda1&0&20060413092100000&0 | 5/8/2010 5:25:05 UTC | 12/4/2012 21:14:16 UTC |
| Generic-MicroSD_1.00 | 8&35ccda1&0&20060413092100000&4 | 5/8/2010 5:25:05 UTC | 12/4/2012 21:14:16 UTC |
| Generic-MS/MS-Pro_1.00 | 8&35ccda1&0&20060413092100000&3 | 5/8/2010 5:25:05 UTC | 12/4/2012 21:14:16 UTC |
| Generic-SD/MMC_1.00 | 8&35ccda1&0&20060413092100000&2 | 5/8/2010 5:25:05 UTC | 12/4/2012 21:14:16 UTC |
| Generic_USB_Flash_Drive_1.00 | 0705291644116004&0 | 11/30/2010 19:14:27 UTC | 10/15/2012 20:33:39 UTC |
| Generic-_xD-Picture_1.00 | 8&35ccda1&0&20060413092100000&1 | 5/8/2010 5:25:05 UTC | 12/4/2012 21:14:16 UTC |
| Kingston_DataTraveler_2.0_PMAP | 5B850900002E&0 | 7/7/2010 20:11:22 UTC | 10/15/2012 20:33:39 UTC |
| Kingston_DataTraveler_G2_PMAP | 0019E02CB6F3B910931401122&0 | 1/5/2011 20:41:12 UTC | 10/15/2012 20:33:39 UTC |
| Lexar_USB_Flash_Drive_1100 | BUPU9QRIE3I6NFJ0SRM7&0 | 12/4/2012 19:49:53 UTC | 12/4/2012 19:53:06 UTC |
| OLYMPUS_C-40Z/D-40Z_1.00 | 000202111620&0 | 10/15/2010 16:25:34 UTC | 10/15/2012 20:33:39 UTC |
| PNY_USB_2.0_FD_4096 | AA0B1D3900008243&0 | 1/21/2011 15:37:40 UTC | 10/15/2012 20:33:39 UTC |
| PNY_USB_2.0_FD_1100 | AA00000000018036&0 | 10/9/2012 16:02:48 UTC | 10/15/2012 20:33:39 UTC |
| USB_2.0_FD_4096 | AA0B1D3900008243&0 | 1/21/2011 15:37:40 UTC | 10/15/2012 20:33:39 UTC |
| SanDisk_Cruzer_1.00 | 20044529020EEB62830F&0 | 10/11/2010 16:38:19 UTC | 10/15/2012 20:33:39 UTC |
| SanDisk_Cruzer_1.20 | 200435123002BCC2FA87&0 | 2/27/2012 14:20:13 UTC | 10/15/2012 20:33:39 UTC |
| SanDisk_Cruzer_8.02 | 4324410F0460C883&0 | 8/25/2010 17:30:19 UTC | 10/15/2012 20:33:39 UTC |

| | 20043513710EEB80084C&0 | 10/15/2012 19:11:37 UTC | 10/16/2012 7:26:57 UTC |
|---|---|---|---|
| SanDis_Cruzer_Glide_1.26 | | | |
| SanDisk_SanDisk_Cruzer_8.02 | 0878210A35133724&0 | 7/8/2010 15:35:50 UTC | 10/15/2012 20:33:39 UTC |
| SanDisk_SanDisk_Cruzer_8.02 | 3411231638104FC5&0 | 7/8/2010 15:17:42 UTC | 10/15/2012 20:33:39 UTC |
| Seagate_FA_GoFlex_Desk_0D0B | NA0JBE2D&0 | 11/6/2010 12:24:39 UTC | 10/15/2012 20:33:39 UTC |
| Seagate_FreeAgent_GoFlex_0148 | NA052ZF4&0 | 3/18/2011 1:28:27 UTC | 10/15/2012 20:33:39 UTC |
| Verbatim_STORE_N_GO_5.00 | 078715A06268&0 | 7/14/2010 20:14:01 UTC | 10/15/2012 20:33:39 UTC |

(Source: Windows Registry HKLM\SYSTEM\ControlSet001\Enum\USBSTOR.)

(Source: Windows Registry key HKLM\SOFTWARE\Microsoft\Windows Portable Devices\Devices.)

In addition to the first time connection information given in the above table, there is evidence the below devices were connected to the Gateway computer at other times:

| Device Vendor and Product Name | Device Serial Number or ID | Device's Connection Time |
|---|---|---|
| VERBATIM_STORE_N_GO_5.00 | 078715A06268&0 | 10/12/2012 19:45:28 UTC |
| SANDISK_SANDISK_CRUZER_8.02 | 0878210A35133724&0 | 10/12/2012 19:44:39 UTC |
| PNY_USB_2.0_FD_1100 | AA00000000018036&0 | 10/12/2012 07:20:37 UTC |
| Seagate_FreeAgent_GoFlex_0148 | NA052ZF4&0 | 10/10/2012 12:08:17 UTC |
| SANDISK_SANDISK_CRUZER_8.02 | 3411231638104FC5&0 | 9/24/2012 12:59:30 UTC |
| SANDISK_CRUZER_8.02 | 4324410F0460C883&0 | 7/18/2012 14:44:25 UTC |
| SANDISK_CRUZER_1.20 | 200435123002BCC2FA87&0 | 3/19/2012 13:47:41 UTC |
| PATRIOT_MEMORY_PMAP | 07A90F01654F653E&0 | 10/7/2011 20:28:05 UTC |
| PNY_USB_2.0_FD_4096 | AA0B1D3900008243&0 | 5/3/2011 18:53:58 UTC |
| Seagate_FA_GoFlex_Desk_0D0B | NA0JBE2D&0 | 4/29/2011 13:14:12 UTC |
| Generic_USB_Flash_Drive_1.00 | 0705291644116004&0 | 12/2/2010 15:58:04 UTC |
| SANDISK_CRUZER_1.00 | 20044529020EEB62830F&0 | 10/21/2010 14:40:18 UTC |

(Source: Windows Registry key HKLM\SYSTEM\ControlSet001\Control\DeviceClasses.)

It should be noted that, with the exception of two devices SanDis_Cruzer_Glide_1.26 (20043513710EEB80084C&0) and Lexar_USB_Flash_Drive_1100 (BUPU9QRIE3I6NFJ0SRM7&0),

the devices' last connection times to the Gateway computer should be available under the user account "Stephen Matthews" when the devices were last used.

However, since the user account "Stephen Matthews" was deleted on 10/14/2012 16:55:03 (UTC – 4, Eastern Daylight Time), and there is evidence that the files under the user were deleted (and also wiped by ccleaner) on 10/15/2012, including this user account's Registry file NTUSER.DAT, my forensics tools were unable to recover accurate information regarding these devices' last connection time from the user account "Stephen Matthews' to the Gateway computer.

Additional comments on the Gateway computer's event log files:

Windows operating system uses a number of log files to store critical events that occurred on the system.  The particular event log I used in the examination is the Security event log (C:\ \Windows\System32\winevt\Logs\Security.evtx) which contains information about user account creations/deletions, and user logon and logoff events.  This event log file currently holds 30,271 event records, for the period between 6/18/2012 19:11:03 UTC and 12/4/2012 22:05:30 UTC.  Since the event log file has reached its maximum size of 20 MB (set in the Registry key HKLM\SYSTEM\ControlSet001\services\eventlog\Security), any events older than 6/18/2012 have been pushed out of the event log file in order to hold the new events.  Other than the lost event records due to limitation on the log file size, it appears the security event log file is intact.

## XVI.   <u>Virus protection of the Gateway computer:</u>

I ran the anti-virus tool "Kaspersky Internet Security, v. 14.0.0" by Kaspersky Lab, to scan the Gateway computer's image file (by first mounting the image) and found no virus.  In addition, there is evidence that the Gateway computer's Windows system was protected against virus infection since Windows was installed in July 2010, for the reasons given below:

- Microsoft's anti-virus tool "Windows Defender" was installed on 05/08/2010 01:27:49 (UTC - 4, Eastern Daylight Time)

    (Source: Windows Registry HKLM\SOFTWARE\Microsoft\Windows Defender.)

- Windows Defender's log file shows Windows Defender's definition file "AS Signature Version: 1.85.1476.0" was installed on 7/7/2010 16:45:07 (UTC - 4, Eastern Daylight Time), and that the log file shows virus scanning has been conducted in the period of 7/7/2010 16:45:09 (UTC - 4, Eastern Daylight Time) to 12/04/2012 16:54:40 (UTC - 5, Eastern Standard Time), for a total of 998 times, with the most recent signature updated on 12/04/2012 15:23:12 (UTC - 5, Eastern Standard Time).

(Source: Windows log file C:\ProgramData\Microsoft\Windows Defender\Support\MPLog-07132009-221054.log.)

- Windows system firewall, which "helps provide protection from malicious users and programs that rely on unsolicited incoming traffic to attack computers" according to Microsoft, generates an event each time it is started running, and the event is recorded in Windows system event log file.  The current system event log file contains a total of 54,294 event records generated in the period of 5/11/2012 8:55:38 to 12/4/2012 17:05:30.  Since the event log file has reached its maximum allowed size of 20 MB (set in Windows SYSTEM Registry), older system event records have been pushed out of the system event log file.  The current system event log file contains a total of 214 event log records for the event of "The Windows Firewall service entered the running state", in the period of 5/14/2012 8:59:55 (UTC - 4, Eastern Daylight Time) to 12/4/2012 16:14:35 (UTC - 5, Eastern Standard Time).

    (Source: Windows system event log file C:\Windows\System32\winevt\Logs\System.evtx, Windows Registry key HKLM\SYSTEM\ControlSet001\services\eventlog\system.)

- Avast!, an anti-virus tool, was installed on 7/7/2010 22:20:01, and has the most recent virus definitions updated on 10/23/2012 10:01:33.  Avast maintains a log file showing the history of its executions, by recording a "Started on" message each time it is started (or restarted).  The current history file contains a total of 654 "Started on" messages, covering the period of 7/7/2010 22:20:18 to 10/23/2012 13:57:24 (UTC - 4, Eastern Daylight Time).

    (Source: C:\ProgramData\Alwil Software\Avast5\report\BehaviorShield.txt.)

## XVII.   Toshiba External USB Hard Drive:

I have been given a Toshiba external hard drive to examine.  This hard-drive does not work and only makes clicking sounds when plugged in.

You will note from the charts above shows that a Toshiba 3.5"external hard drive with Serial No. YB033543DN00&0 was mounted on the Gateway computer on 2/19/2012 and the last time on 10/15/2012.

The physical Toshiba external drive has a serial number (YB033543DN00) and a P/N (PH3200U-1E3S) printed on the side of the box.  However, after I opened the box, the hard drive inside shows a Samsung 2 TB drive with the below info:

P/N: A8003-E46A-A5Q1D

Samsung HD204UI (2 TB)

S/N: S2H7 J9 JBA04772

I am unsure what this means, whether the drive has been swapped out.

## XVIII.   Opinion regarding The Gateway Computer:

It is my opinion, based on a reasonable degree of computer forensic science certainty, that a large number of computer folders, files, and documents were deleted from the Gateway computer on October 15, 2012, causing their recovery to be impossible due to wiping and overwriting by the software tool ccleaner.

It is my opinion, that on October 14, 2012, the primary user "Stephen Matthews" set up an new user account "Owner," which account would then be used to delete the user history of the "Stephen Matthews" account, and then run the software tool "cleaner" which deleted files from the computer.  The method used by the  "Stephen Matthews" user, to set up an new account to run the deletions, of not only the "Stephen Matthews" user account, but also to delete large numbers of files and folders with the software took "ccleaner," was done purposely so that the deleted information could never be recovered.

It is my opinion, that use of the software tool ccleaner, by the user account "Owner" on October 15, 2012, caused the folders, files, and documents to be renamed with ZZZZZ's, and then deleted and destroyed these files and folders, hindered Applied Concepts, who purchased this computer from accessing the folders, files, documents, and user history of this Gateway computer.

Regarding whether the primary user of this computer "Stephen Matthews" had access to the files and folders that originated at Applied Concepts, it is my opinion, based on a reasonable degree of computer forensic science certainty, that the SanDisk Cruzer 8.02, Serial No. 3411231638104FC5&0 USB device which was connected to this Gateway computer on July 8, 2010 at 15:17:42 UTC by the user account  "Stephen Matthews," was the same device that was previously connected to Applied Concepts' computer through the account user "matthews.steve" on June 30, 2010 at 9:21:52 local time, and again at 15:36:30 UTC.

I have the same opinion regarding the SanDisk Cruzer SanDisk Cruzer 8.02, Serial No. 0878210A35133724&0 USB device, which was also connected to the Gateway computer on July 8, 2010 at 15:35:50 UTC through the user account "Stephen Matthews," and that device was previously connected to Applied Concepts' computer through the account user "matthews.steve" on June 30, 2010 at 13:56:13 local time.

It is also my opinion that a Verbatim_STORE_N_GO_5.00, Serial No. 078715A06268&0 USB device was connected to the Gateway computer on July 14, 2010 at 20:14:01 UTC, through the user account "Stephen Matthews," and that device was previously connected to Applied Concepts' computer through the account user "matthews.steve" on July 2, 2010 at 21:17:26 UTC.

It is my opinion that the user "matthews.steve," which connected into Applied Concepts' computer system many times from June 30, 2010 to July 2, 2010, had ample opportunities to export Applied Concepts' files to the external USB devices mentioned above, and then the user "Stephen Matthews" of this Gateway computer, had ample opportunity to import Applied Concepts' files from those same devices into the Gateway computer.

It is my opinion that the deletions and wiping which has occurred on this Gateway computer on October 15, 2012, has hindered Applied Concepts' ability to determine if their files were imported into this Gateway computer.

Signed: Dr. Sheau-Dong Lang

Dated: 2/10/2014

Attachment: "Gateway-InternetRecords.zip" (249 KB)